IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA ex rel. BETTY RINER, | ) ) ) ) | |
| Plaintiff- Relator, | ) ) | Civil Action No. 1:19-cv-4316 |
| v. | ) ) | |
| COMMUNITY HEALTH SERVICES OF GEORGIA, LLC (a/k/a Ga MedGroup); COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup); INTEGRA REHABILITATION AGENCY, LLC; AFFINIS HOSPICE, LLC; and ELDERCARE PHARMACY, LLC, | ) ) ) ) ) ) ) ) ) ) | FILED *EX PARTE* AND UNDER SEAL |
| Defendants. | ) | |

# THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE TO INTERVENE

Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America respectfully notifies the Court of its decision not to intervene in this action. Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows a relator to maintain an action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written

1

consent to the dismissal." *Id.* Therefore, should either the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the United States requests that this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, under 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings, motions, or other documents filed in this action be served upon the United States and that copies of any Orders issued by the Court be sent to the undersigned counsel for the United States. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the Complaint, this Notice, and the Court's Order unsealing this action be unsealed and served upon the Defendants. All other contents of the Court's file in this matter and associated docket entries (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period along with any supporting briefs) should remain under seal and not be made public or served upon Defendants, except insofar as the seal upon any of those documents has been partially lifted by Order(s) previously entered in this action.

A proposed order is enclosed for the Court's convenience.

This 27th day of May, 2021.

                              Respectfully submitted,

                              KURT R. ERSKINE
                              *Acting United States Attorney*

                              /s/ Akash Desai
                              AKASH DESAI
                              *Assistant U.S. Attorney*
                              Georgia Bar No. 338124
                              600 Richard B. Russell Federal Building
                              75 Ted Turner Drive, S.W., Suite 600
                              Atlanta, GA 30303
                              Telephone: (404) 581-6364
                              Facsimile: (404) 581-6181

                              *Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA ex rel. BETTY RINER, | ) ) ) ) | |
| Plaintiff- Relator, | ) ) | Civil Action No. 1:19-cv-4316 |
| v. | ) ) | |
| COMMUNITY HEALTH SERVICES OF GEORGIA, LLC (a/k/a Ga MedGroup); COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup); INTEGRA REHABILITATION AGENCY, LLC; AFFINIS HOSPICE, LLC; and ELDERCARE PHARMACY, LLC, | ) ) ) ) ) ) ) ) ) ) | FILED *EX PARTE* AND UNDER SEAL |
| Defendants. | ) | |

**[PROPOSED] ORDER**

The United States of America having not intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4),

IT IS HEREBY ORDERED that:

1. The Complaint filed by Betty Riner ("Relator") be unsealed in order that it may be served by Relator upon the Defendants;

1

2. Besides the Complaint, all other contents of the Court's file (and associated docket entries) in this action shall remain under seal and not be made public or served upon Defendants except for this Order and the United States of America's Notice of Election to Decline to Intervene, which Relator will serve upon Defendants only after serving Relator's Complaint upon Defendants;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. Henceforth, Relator and Defendants shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), by mailing and emailing true copies thereof to:

Akash Desai
Assistant United States Attorney
Northern District of Georgia
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W., Suite 600
Atlanta, GA 30303
Akash.Desai@usdoj.gov

5. The United States may order any deposition transcripts;

6. The United States is entitled to intervene in this action, for good cause, at any time;

7. The parties shall serve all notices of appeal upon the United States;

8. Copies of all Orders entered by this Court in this case shall be sent to the United States; and

9. Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this _____ day of_____, 2021.

                                                    _____
                                                    JUDGE MICHAEL L. BROWN
                                                    UNITED STATES DISTRICT COURT

Presented by:

/s/ Akash Desai
AKASH DESAI
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA ex rel. BETTY RINER, | ) ) ) ) | |
| Plaintiff- Relator, | ) ) | Civil Action No. 1:19-cv-4316 |
| v. | ) ) | |
| COMMUNITY HEALTH SERVICES OF GEORGIA, LLC (a/k/a Ga MedGroup); COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup); INTEGRA REHABILITATION AGENCY, LLC; AFFINIS HOSPICE, LLC; and ELDERCARE PHARMACY, LLC, | ) ) ) ) ) ) ) ) ) ) | FILED *EX PARTE* AND UNDER SEAL |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the United States of America's Notice of Election to Decline to Intervene, and proposed Order, were served by e-mail upon the following counsel, after receiving written consent to do so:

       Stacey Godfrey Evans
       David M. Pernini
       Wargo & French, LLP
       999 Peachtree Street, NE

1

26th Floor
Atlanta, GA 30309
sevans@wargofrench.com
dpernini@wargofrench.com

William R. Claiborne
The Claiborne Firm P.C.
410 E. Bay Street
Savannah, GA 31401
will@clairbornefirm.com

S. Wesley Woolf
Woolf Law
408 E. Bay Street
Savannah, GA 31401
woolf@woolflawfirm.com

Richard Tangum
Senior Assistant Attorney General
Medicaid Fraud Division
200 Piedmont Ave., SE
West Tower, 19th Floor
Atlanta, GA 30334
rtangum@law.ga.gov

This 27th day of May, 2021.

                    /s/ Akash Desai
                    AKASH DESAI
                    *Assistant United States Attorney*