IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and, THE STATE OF GEORGIA *ex rel.* BETTY RINER,<br><br>      Plaintiff-Relator,<br>v.<br><br>COMMUNITY HEALTH SERVICES OF GEORGIA, LLC (a/k/a Ga MedGroup); COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup); INTEGRA REHABILITATION AGENCY, LLC; AFFINIS HOSPICE, LLC; and ELDERCARE PHARMACY, LLC,<br><br>      Defendants. | Civil Action No. 1:19-cv-4316<br><br>FILED *EX PARTE* AND **UNDER SEAL** |

## STATE OF GEORGIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.2(c)(4)(B), the State of Georgia, by and through the undersigned counsel, notifies the Court of its decision to decline intervention in this *qui tam* action. Georgia respectfully refers the Court to O.C.G.A. § 49-4-168.2(b) and (f), which allow the Relator to maintain the action in the name of the State; providing however, that "the action may only be dismissed if the Court and the Georgia Attorney General give written consent to the dismissal." Id. Therefore, the State of Georgia requests that, should either the Relator or any of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the State of Georgia before ruling or granting its approval.

Furthermore, pursuant to O.C.G.A. § 49-4-168.2(f), Georgia requests that all pleadings filed in this action be served upon the counsel of record for the State. Georgia also requests that orders issued by the Court for this action be sent to the counsel of record for the State. Georgia reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the Relator's action or claim(s) on any appropriate grounds. Georgia also requests that it be served with all notices of appeal.

Finally, Georgia requests that the Relator's Complaint, this Notice and the attached proposed Order be unsealed. Georgia requests that all other papers, including any motions or memorandums relating to the Government's investigation remain under seal as that information was provided *in camera* for the limited purpose of demonstrating to the Court that good cause existed to extend the seal and period during which the State could notify the Court of its decision on intervention. A proposed Order accompanies this Notice.

This 28th day of May 2021.

    Respectfully submitted,

    CHRISTOPHER M. CARR
    ATTORNEY GENERAL
    STATE OF GEORGIA

By: /s/ Richard W. Tangum
    RICHARD W. TANGUM
    SENIOR ASSISTANT
    ATTORNEY GENERAL
    Georgia Bar No. 141337
    Office of the Attorney General
    Georgia Medicaid Fraud Control Unit
    200 Piedmont Ave., SE
    West Tower, 19th Floor
    Atlanta, GA 30334
    rtangum@law.ga.gov
    Telephone: 404-458-3868

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May 2021, a true and correct copy of the State of Georgia's Notice of Election to Decline Intervention and Proposed Order were served by email to counsel for the Relator and the United States as follows:

### For the Relator:

Stacey Godfrey Evans
David M. Pernini
Wargo & French, LLP
999 Peachtree Street, NE
26th Floor
Atlanta, GA 30309
sevans@wargofrench.com
dpernini@wargofrench.com

William R. Claiborne
The Claiborne Firm P.C.
410 E. Bay Street
Savannah, GA 31401
will@clairbornefirm.com

S. Wesley Woolf
Woolf Law
408 E. Bay Street
Savannah, GA 31401
woolf@woolflawfirm.com

### For the United States:

AUSA Akash Desai
United States Attorney's Office
Richard B. Russell Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, GA 30303
Akash.Desai@usdoj.gov

RICHARD W. TANGUM
Senior Assistant Attorney General
State of Georgia