**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

United States of America and The
State of Georgia ex rel. Betty
Riner,

                                                            Case No. 1:19-cv-4316-MLB

                  Plaintiffs-Relator,

v.

Community Health Services of
Georgia, LLC (a/k/a Ga
MedGroup), et al.,

                  Defendants.

_____/

## ORDER

The United States of America and the State of Georgia having not

intervened in this action, pursuant to the False Claims Act, 31 U.S.C.

§ 3730(b)(4), and the Georgia False Medicaid Claims Act, O.C.G.A. § 49-

4-168.2(c)(4)(B), respectively,

**IT IS HEREBY ORDERED** that:

1.    The Complaint filed by Betty Riner ("Relator") be unsealed in

        order that it may be served by Relator upon the Defendants;

2.    Besides the Complaint, all other contents of the Court's file (and associated docket entries) in this action shall remain under seal and not be made public or served upon Defendants except for this Order, the United States of America's Notice of Election to Decline to Intervene, and Georgia's Notice of Election to Decline Intervention, which Relator will serve upon Defendants only after serving Relator's Complaint upon Defendants;

3.    The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4.    Henceforth, Relator and Defendants shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), by mailing and emailing true copies thereof to:

Akash Desai
Assistant United States Attorney
Northern District of Georgia
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W., Suite 600
Atlanta, GA 30303
Akash.Desai@usdoj.gov

5.   The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon Georgia, as provided for in O.C.G.A. § 49-4-168.2(f);

6.   The United States and Georgia may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

7.   The parties shall serve all notices of appeal upon the United States and Georgia;

8.   Copies of all Orders entered by this Court in this case shall be sent to the United States and Georgia; and

9.   Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and Georgia before ruling or granting its approval.

**SO ORDERED** this 2nd day of June, 2021.

_____

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE