# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA ex rel. BETTY RINER, <br><br>    Plaintiff, <br><br> v. <br><br> COMMUNITY HEALTH SERVICES OF GEORGIA, LLC, et al., <br><br>    Defendants. | CIVIL ACTION NO. <br> 1:2019-cv-4316-MLB |

## NOTICE OF CHANGE OF FIRM AND ADDRESS FOR STACEY GODFREY EVANS

Notice is hereby given that the law firm and contact information for Stacey Godfrey Evans has changed. All further notices and copies of pleadings, papers, and other material relevant to this action should be directed and served upon Stacey Godfrey Evans as follows:

Stacey Godfrey Evans
STACEY EVANS LAW
4200 Northside Parkway NW
Building One, Suite 300
Atlanta, GA 30327
(404) 275-4135
sevans@staceyevanslaw.com

This <u>16th</u> day of August 2021.

<u>/s/ Stacey Godfrey Evans</u>
STACEY GODFREY EVANS
Georgia Bar No. 298555
Stacey Evans Law
4200 Northside Parkway NW
Building One, Suite 300
Atlanta, GA 30327
Phone: (404) 275-4135

*Counsel for Relator Betty Riner*

## **RULE 7.1.D CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans

## **CERTIFICATE OF SERVICE**

This certifies that I have this day filed the within and foregoing **NOTICE OF CHANGE OF FIRM AND ADDRESS FOR STACEY GODFREY EVANS** using the ECF system, which will automatically and electronically send service copies to counsel of record.

This <u>16th</u> day of August 2021.

<u>/s/Stacey Godfrey Evans</u>
Stacey Godfrey Evans