## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA and
THE STATE OF GEORGIA, *ex rel.*
BETTY RINER,

    *Plaintiff-Relator,*

v.

COMMUNITY PRIMARY CARE OF
GEORGIA, LLC (a/k/a Ga MedGroup),

    *Defendant.*

Civil Action File No.:

1:19-cv-04316-MLB

## Defendant Community Primary Care of Georgia, LLC'S Motion to Strike Portions of Relator's Complaint

COMES NOW Defendant Community Primary Care of Georgia, LLC ("CPC"), and moves this Court, pursuant to Federal Rule of Civil Procedure 12(f), to strike Paragraphs 10 through 14 and 73 through 89 of Relator's First Amended Complaint, on the grounds that the allegations contained in these Paragraphs are immaterial, impertinent, and irrelevant to Relator's claims of violations of the False Claims Act and the Georgia Medicaid False Claims Act.

In support of its motion, CPC relies on the Memorandum of Law in Support of Defendant CPC's Motion to Strike Portions of Relator's Complaint, filed contemporaneously herewith.

WHEREFORE, Defendant CPC respectfully requests that its Motion be

granted, and that the Court strike Paragraphs 10 through 14 and 73 through 89 of

Relator's First Amended Complaint.


Respectfully submitted this 11th day of January, 2022.

ARNALL GOLDEN GREGORY LLP


*/s/ Glenn P. Hendrix*
Glenn P. Hendrix, Esq.
Georgia Bar No. 346590
W. Jerad Rissler
Georgia Bar No. 142024
171 17th Street, Suite 2100
Atlanta, Georgia 30363-1031
404.873.8500
glenn.hendrix@agg.com

# FONT CERTIFICATION

Pursuant to L.R. 7.1D, N.D. Ga., undersigned counsel for Defendant hereby certifies that the foregoing Motion and its supporting papers were prepared using Book Antiqua (13 point), as approved by L.R. 5.1B, N.D. Ga.

Respectfully submitted this 11th day of January, 2022.

ARNALL GOLDEN GREGORY LLP

*/s/ Glenn P. Hendrix*
Glenn P. Hendrix, Esq.
Georgia Bar No. 346590
W. Jerad Rissler
Georgia Bar No. 142024
171 17th Street, Suite 2100
Atlanta, Georgia 30363-1031
404.873.8500
glenn.hendrix@agg.com