**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA, *ex rel.* BETTY RINER,  *Plaintiff-Relator*,  v.  COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup),  *Defendant*. | Civil Action File No.:  1:19-cv-04316-MLB |

## DEFENDANT COMMUNITY PRIMARY CARE OF GEORGIA, LLC'S RESPONSE TO RELATOR'S MOTION TO AMEND RESPONSE BRIEFS (DOCS. 54, 55, 56) BY CORRECTING SCRIVENER'S ERRORS IN CASE CAPTIONS

COMES NOW Defendant Community Primary Care of Georgia, LLC ("CPC") and hereby responds to Relator's Motion to Amend Response Briefs (Docs. 54, 55, 56) by Correcting Scrivener's Errors in Case Captions ("Motion to Amend").

CPC does not oppose Relator's Motion to Amend. Nonetheless, CPC notes that Relator continues to demonstrate her uncertainty as to which entity—CPC or Community Health Services of Georgia ("CHS-Ga")—she ought to ascribe wrongdoing. Relator continues to conflate the alleged actions of these distinct legal entities, asserting at different times that either or both are responsible for the actions of each other, as well as several additional distinct legal entities. (CPC's Mot. to Dismiss [Doc. 48-1] at 7-11; CPC's Mot. to Dismiss Reply [Doc. 60] at 3-5.)

Relator blames her difficulty in precisely ascribing blame to the supposedly "labyrinthine" relationships of these organizations. (Motion to Amend [Doc. 62] at 3.) However, this explanation is at odds with Relator's assertion of personal knowledge of the inner workings of CPC, CHS-Ga, and other entities, as well as her obligation under Rule 9(b) to plead her claims of fraud—including the identities and roles of the alleged wrongdoers—with particularity. (CPC's Mot. to Dismiss at 7-9, 10-11, 14-18; CPC's Mot. to Dismiss Reply at 3-6, 8-10; CPC's Req. for Judicial Notice Reply [Doc. 59] at 6-9.) Moreover, the ownership and management of the skilled nursing facilities referenced in her Complaint are transparent as shown in the publicly available documents that are the subject of CPC's Request for Judicial Notice. (CPC's Req. for Judicial Notice [Doc. 50] at 1-3.) Thus, while CPC does not oppose Relator's correction of the caption of her filings, this correction does not change the fact that Relator's claims against CPC are based on an attempt to ascribe to CPC the alleged actions of others through an impermissible conflation of distinct legal entities.

*[Remainder of this Page Intentionally Left Blank]*
*[Signature is on Following Page]*

Respectfully submitted this 14th day of April, 2022.

                                                ARNALL GOLDEN GREGORY LLP

                                                */s/ Glenn P. Hendrix*
                                                Glenn P. Hendrix, Esq.
                                                Georgia Bar No. 346590
                                                W. Jerad Rissler
                                                Georgia Bar No. 142024
                                                171 17th Street, Suite 2100
                                                Atlanta, Georgia 30363-1031
                                                404.873.8500
                                                glenn.hendrix@agg.com

**CERTIFICATE OF COMPLIANCE**

The undersigned certifies that this pleading was prepared using Book Antiqua 13-point font in accordance with Local Rule 5.1(C).

This 14th day of April, 2022.

                                        */s/ Glenn P. Hendrix*
                                        Glenn P. Hendrix
                                        Georgia Bar No. 346590

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I electronically filed the foregoing **DEFENDANT COMMUNITY PRIMARY CARE OF GEORGIA, LLC'S RESPONSE TO RELATOR'S MOTION TO AMEND RESPONSE BRIEFS (DOCS. 54, 55, 56) BY CORRECTING SCRIVENER'S ERRORS IN CASE CAPTIONS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

> */s/ Glenn P. Hendrix*
> Glenn P. Hendrix
> Georgia Bar No. 346590

ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404.873.8500
Facsimile: 404.873.8501