**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA, *ex rel.* BETTY RINER,<br><br>     *Plaintiff-Relator*,<br><br>v.<br><br>COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup),<br><br>     *Defendant*. | Civil Action File No.:<br><br>1:19-cv-04316-MLB |

## Consent Motion to Extend the Briefing Schedule Regarding Relator's Second Amended Complaint

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Community Primary Care of Georgia, LLC ("CPC") respectfully requests that this Court extend the deadline for CPC to serve a response to the Second Amended Complaint ("SAC") filed by Plaintiff-Relator Betty Riner ("Relator"), and extend Relator's deadline to reply. Currently, the deadline for CPC to answer, move, or otherwise respond to Relator's SAC is June 22, 2022. CPC requests that the Court extend CPC's time to respond to Relator's SAC by fourteen (14) days, up to and including July 6, 2022. CPC also requests that the Court likewise extend Relator's time to reply to CPC's response by fourteen (14) days, up to and including August 3, 2022. Relator consents to these requests.

- 2 -

In support, CPC states that this case involves allegations that CPC violated the federal False Claims Act, 31 U.S.C. §§ 3729 et seq., and the Georgia False Medicaid Claims Act, O.C.G.A. §§ 49-4-168, et seq. The SAC comprises 54 pages and includes 215 numbered paragraphs. CPC's lead counsel currently are preparing for and taking or defending eight depositions over the next two weeks in an unrelated matter. Notwithstanding the foregoing, CPC is working diligently on its response but will require more time to complete it. Accordingly, on June 9, 2022, counsel for CPC conferred with counsel for Relator, who agreed to the extensions of time sought by this Motion. Relator's lead counsel is likewise preparing for and taking five depositions during the time period for its reply brief if CPC's deadline is extended. Relator will likewise work diligently on its reply but will require more time to complete it given the time frame proposed by CPC.

CPC further states that this is the Parties' first request to extend deadlines regarding responses to Relator's SAC, and such an enlargement will not unduly delay this litigation.

Accordingly, CPC respectfully requests that the Court grant this Motion and enter an Order allowing CPC up to and including July 6, 2022 to respond to Relator's SAC, and allowing Relator up to and including August 3, 2022 to reply to CPC's response.

- 3 -

Respectfully submitted this 10th day of June, 2022.

                        ARNALL GOLDEN GREGORY LLP

                        */s/ W. Jerad Rissler*
                        Glenn P. Hendrix, Esq.
                        Georgia Bar No. 346590
                        W. Jerad Rissler
                        Georgia Bar No. 142024
                        171 17th Street, Suite 2100
                        Atlanta, Georgia 30363-1031
                        404.873.8500
                        jerad.rissler@agg.com

- 4 -

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that this pleading was prepared using Book Antiqua 13-point font in accordance with Local Rule 5.1(C).

This 10th day of June, 2022.

*/s/ W. Jerad Rissler*
W. Jerad Rissler
Georgia Bar No. 142024

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing **Consent Motion to Extend the Briefing Schedule Regarding Relator's Second Amended Complaint** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

*/s/ W. Jerad Rissler*
W. Jerad Rissler
Georgia Bar No. 142024

ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404.873.8500
Facsimile: 404.873.8501