**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA, *ex rel.* BETTY RINER,<br><br>   *Plaintiff-Relator*,<br><br>v.<br><br>COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup),<br><br>   *Defendant*. | Civil Action File No.:<br><br>1:19-cv-04316-MLB |

**Order Granting Consent Motion to Extend the Briefing Schedule Regarding Relator's Second Amended Complaint**

Upon consideration of Defendant Community Primary Care of Georgia, LLC's ("CPC") Consent Motion to Extend the Briefing Schedule Regarding Relator's Second Amended Complaint and the entire record herein, it is hereby:

**ORDERED**, that the Defendant's Motion is **GRANTED**; and it is

FURTHER ORDERED that the Defendant's response to Plaintiff's Second Amended Complaint shall be due by July 6, 2022, and Plaintiff's response thereto shall be due by August 3, 2022.

SO ORDERED this 10th day of June, 2022.



_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE