**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA, *ex rel.* BETTY RINER,<br><br>    *Plaintiff-Relator*,<br><br>v.<br><br>COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup,<br><br>    *Defendant.* | Civil Action File No.:<br><br>1:19-cv-04316-MLB |

## Request for Judicial Notice in Support of Defendant Community Primary Care of Georgia, LLC'S Motion to Dismiss Relator's Second Amended Complaint

Pursuant to Federal Rule of Evidence 201, Defendant Community Primary Care of Georgia, LLC's ("CPC") requests that the Court take judicial notice of or otherwise consider documents showing that CPC does not own the facilities alleged by Relator in her Second Amended Complaint ("SAC"; *see, e.g.*, SAC ¶11). CPC files this Request in connection with its concurrently filed Motion to Dismiss Relator's SAC under Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

Under Federal Rule of Evidence 201, the Court may take judicial notice of any adjudicative fact "that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be

18373330v2

accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). In deciding a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court may take judicial notice of public records when considering a motion to dismiss. *See Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1279–80 (11th Cir. 1999); *Ohome v. U.S.*, 2021 WL 5771147, at *7 n.4 (N.D. Ga. Dec. 6, 2021) (noticing information available from a government website). Introducing these public records does not convert CPC's motion to dismiss into a motion for summary judgment. *Serpentfoot v. Rome City Comm'n*, 322 Fed. Appx. 801, 807 (11th Cir. 2009) (*per curiam*) (citing *Bryant v. Avado Brands*, Inc., 187 F.3d 1271, 1278 (11th Cir. 1999)).

In Relator's First Amended Complaint ("FAC"), she specifically identified seven nursing facilities— Scott Health & Rehab, Azalea Health & Rehab, Camellia Health & Rehab, Orchard Health & Rehab, Riverview Health & Rehab, Heritage Inn Health & Rehab, and Eagle Health & Rehab (the "FAC Facilities")—at which allegedly fraudulent practices occurred. (Doc. 44 ¶¶ 69, 82–84, 96–97, 112– 16, 119, 128, 131, 133–35, 143, 145.) In conjunction with its Motion to Dismiss Relator's FAC, CPC submitted ownership and management disclosure certificates available at Medicare.gov for the FAC Facilities to show that CPC did not own or manage them. (Doc. 50 at 1-4 & Exhs. A-G.) In its Order dismissing Relator's FAC without

prejudice as a shotgun pleading, this Court recognized that nursing home ownership and management is capable of accurate and ready determination by resort to www.Medicare.gov, whose accuracy cannot reasonably be questioned, and therefore the disclosure pages thereon are proper subjects for judicial notice. (Order at 10-11.)   However, the Court declined to notice CPC's proffered documents as perhaps not reflecting historical ownership and management and because, though ambiguous, it was possible that Relator's allegations referred to more than the seven facilities identified by name.  (*Id*. at 12-13.)  The Court ordered that Relator's SAC must identify the specific facilities at which she claims CPC engaged in misconduct and plead that fraud with particularity.  (*Id*. at 8.)

In her SAC, Relator alleges that CPC "owns, operates, and controls at least 56 patient facilities across Georgia" and identifies by name the 7 FAC Facilities and 49 others.[1]  (SAC ¶ 11.)  As with the FAC Facilities, judicially noticeable documents from Medicare.gov show that CPC does not own the additional facilities Relator

---

[1] As discussed in CPC's Brief in Support of its Motion to Dismiss Relator's SAC, Relator does not plead fraud with sufficient particularity at any of CPC's alleged locations.  Indeed, aside from the paragraph in which she lists CPC's allegedly owned facilities, and a paragraph in which she lists nine facilities in which she allegedly worked (*i.e.* the FAC Facilities plus Meadows Park and Oxley Park), her SAC never again mentions by name facilities other than the FAC Facilities.  ((SAC ¶¶ 11, 156.)

lists in her SAC.  Moreover, all of these documents actually do show historical ownership and management because they contain a "since" date that shows the start date of ownership and management. (*See, e.g.*, CMS Ownership Certification for Scott Health and Rehabilitation, attached as Exhibit A (identifying Piedmont Regional Health Inc. as sole owner "since 11/01/2006" and Clinical Services, Inc. as the entity with operational and managerial control "since 10/25/2005").) Therefore CPC requests this Court take judicial notice of the CMS ownership and management disclosure certificates available at Medicare.gov for all 56 facilities that Relator alleges that CPC owns, operates, or controls.  A complete listing of these facilities and the specific Medicare.gov address at which each certificate is located is attached as Schedule A.  The disclosure certificates found there are attached for the Court's convenience as Exhibits A through DDD.

Before ruling on CPC's Motion to Dismiss Relator's FAC, this Court noted that the submitted Medicare.gov website for Riverview Health & Rehab Center lacked an ownership section, and requested briefing and supplemental documentation from the parties on this issue.  (Order dated April 21, 2022.) In response, CPC submitted Riverview's most recent IRS 990 form (for the tax year ending June 30, 2020) available through the IRS website at https://www.irs.gov/charities-non-profits/tax-exempt-organization-search, and

4

noted that the forms for prior years are also available from that site.

As Relator alleged fraudulent acts at the Riverview facility beginning in September 2018, CPC requests that this Court take judicial notice of Riverview's available Form 990 returns covering the tax periods July 1, 2018 through June 30, 2019 (the "2018 990") and July 1, 2019 through June 30, 2020 (the "2019 990"). (*See* SAC ¶¶ 103-04, 111-14, 119, 156.) These publicly available documents accessible from a government website are proper subjects of judicial notice. *See Flaa v. Hollywood Foreign Press Ass'n*, No. 220CV06974SBEX, 2020 WL 8256191, at *2 (C.D. Cal. Nov. 20, 2020) (granting judicial notice of Form 990s because they were "publicly available documents and their accuracy cannot be reasonably questioned"); *Africare, Inc. v. Xerox Complete Document Sols. Maryland, LLC*, 436 F. Supp. 3d 17, 45 (D.D.C. 2020), appeal dismissed, No. 20-7016, 2020 WL 3635125 (D.C. Cir. June 29, 2020), and appeal dismissed *sub nom. De Lage Landen Fin. Servs., Inc. v. Africare, Inc.*, No. 20-5038, 2020 WL 3635115 (D.C. Cir. June 30, 2020) (granting judicial notice of nonprofit's Form 990s).

On both Riverview's 2018 990 and its 2019 990, question six in Section VI.A. (on page 6) confirms that it has no stockholders or members. The 990 forms (page 2) also confirm that Riverview "operates" the nursing home. They further include detailed information regarding Riverview's officers, directors, and trustees, as

18373330v2

well as its highest compensated independent contractors. As with the Medicare.gov documents, there is no mention of CPC. This is because CPC does not own, manage, or operate—directly or indirectly—the nursing home known as Riverview Health & Rehab Ctr. Both Form 990s and the specific IRS.gov address at which each return is located are listed in Schedule A. The 2018 990 and 2019 990 returns found there are attached for the Court's convenience as Exhibits EEE and FFF.

## Conclusion

The Supreme Court has instructed that "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322, 127 S. Ct. 2499, 168 L. Ed. 2d 179 (2007). For the reasons set forth above, CPC respectfully requests that the Court take judicial notice of Exhibits A through FFF.

Respectfully submitted this 6th day of July, 2022.

ARNALL GOLDEN GREGORY LLP


*/s/ W. Jerad Rissler*
W. Jerad Rissler, Esq.

6

Georgia Bar No. 142024
jerad.rissler@agg.com
Glenn P. Hendrix, Esq.
Georgia Bar No. 346590
glenn.hendrix@agg.com

171 17th Street, Suite 2100
Atlanta, Georgia 30363-1031
404.873.8500 (Telephone)
404.873.8501 (Facsimile)

*Attorneys for Defendant*

18373330v2

## Schedule A

All websites listed below were last visited on July 5, 2022.

(1)     Scott Health & Rehab ownership and management disclosure: https://www.medicare.gov/care-compare/details/nursing-home/115671?id=117d44ac-fd88-4f0a-a99f-b718da91f8db&state=GA&measure=nursing-home-ownership, attached as Exhibit A;

(2) Azalea Health & Rehab ownership and management disclosure: https://www.medicare.gov/care-compare/details/nursing-home/115642?id=c90ef5bc-053a-4c43-8258-9b4526c6e0b3&state=GA&measure=nursing-home-ownership, attached as Exhibit B;

(3) Camellia Health & Rehab ownership and management disclosure: https://www.medicare.gov/care-compare/details/nursing-home/115598?id=e5c74d9f-934b-4fe1-979d-0ce620b3bc7d&state=GA&measure=nursing-home-ownership, attached as Exhibit C;

(4) Orchard Health & Rehab ownership and management disclosure: https://www.medicare.gov/care-compare/details/nursing-home/115522?id=693fbade-9637-4195-b5d8-7775b90662ef&state=GA&measure=nursing-home-ownership, attached as Exhibit D;

(5) Eagle Health & Rehab ownership and management disclosure: https://www.medicare.gov/care-compare/details/nursing-home/115618?id=cc280d1a-d485-4c9b-9def-18301f81a20b&state=GA&measure=nursing-home-ownership, attached as Exhibit E;

(6) Riverview Health & Rehab ownership and management disclosure: https://www.medicare.gov/care-compare/details/nursing-home/115641?id=5d530724-4c5a-4c1d-9f3d-

6a2a79a09af3&state=GA&measure=nursing-home-ownership, attached as
Exhibit F;

(7) Heritage Inn of Sandersville Health and Rehab ownership and
management disclosure: https://www.medicare.gov/care-
compare/details/nursing-home/115369?id=13417375-7d7e-4d54-b018-
4ef4a4a5abef&state=GA&measure=nursing-home-ownership, attached as
Exhibit G;

(8) Heritage Inn Health & Rehabilitation of Statesboro ownership
and management disclosure: https://www.medicare.gov/care-
compare/details/nursing-home/115597?id=ccb3b2ba-140c-4727-b31c-
c40cae1a9d0c&state=GA&measure=nursing-home-ownership, attached as
Exhibit H;

(9) Meadows Park Health & Rehabilitation Center ownership and
management disclosure:  https://www.medicare.gov/care-
compare/details/nursing-home/115726?id=b684dd9f-6181-465f-aed2-
0212070cfb4a&state=GA&measure=nursing-home-ownership, attached as
Exhibit I;

(10) Oxley Park Health & Rehabilitation Center ownership and
management disclosure: https://www.medicare.gov/care-
compare/details/nursing-home/115387?id=2ffa49f1-d135-449e-a1c1-
f216b1446134&state=GA&measure=nursing-home-ownership, attached as
Exhibit J;

(11) Traditions Health & Rehabilitation Center ownership and
management disclosure:  https://www.medicare.gov/care-
compare/details/nursing-home/115473?id=77908dda-675f-4b1f-bb44-
fe7e94d258e6&state=GA&measure=nursing-home-ownership, attached as
Exhibit K;

(12) Ansley Park Health & Rehabilitation Center ownership and
management disclosure:  https://www.medicare.gov/care-
compare/details/nursing-home/115722?id=0e647216-5c58-46e7-883b-
848e454e864a&state=GA&measure=nursing-home-ownership, attached as

9

Exhibit L;

(13) Archway Transitional Care Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115728?id=9e23df9d-e2c3-4eec-9cec-7f3c737b80be&state=GA&measure=nursing-home-ownership, attached as Exhibit M;

(14) Autumn Lane Health & Rehabilitation Center (also known as "Gray Health & Rehabilitation Center") ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115466?id=6a5b35b1-ea78-4a16-9220-7d6d1ea26e38&state=GA&measure=nursing-home-ownership, attached as Exhibit N;

(15) Avalon Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115528?id=b31163aa-5c15-481c-837a-c05adbc0e1c4&state=GA&measure=nursing-home-ownership, attached as Exhibit O;

(16) Bolingreen Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115346?id=c8c63170-5ee2-4249-81cc-49f30d7feb1a&state=GA&measure=nursing-home-ownership, attached as Exhibit P;

(17) Brentwood Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115361?id=c83c7406-aacb-473d-840c-63f5b4fdc1ba&state=GA&measure=nursing-home-ownership, attached as Exhibit Q;

(18) Brown Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115090?id=b9762897-d686-43ea-bc81-51b69ccb5281&state=GA&measure=nursing-home-ownership, attached as

Exhibit R;

(19) Chaplinwood Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115477?id=e8a2b09c-8cf3-4017-a032-850f3a86b211&state=GA&measure=nursing-home-ownership, attached as Exhibit S;

(20) Chelsey Park Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115724?id=fbdc265d-31a2-4ddb-bf42-1e45e18c9db4&state=GA&measure=nursing-home-ownership, attached as Exhibit T;

(21) Cherry Blossom Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115652?id=e147fcd5-0727-4b79-8458-257a9d9dc9ba&state=GA&measure=nursing-home-ownership, attached as Exhibit U;

(22) Comer Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115289?id=f2aebdd0-31ec-4056-a9a2-67e63776330b&state=GA&measure=nursing-home-ownership, attached as Exhibit V;

(23) Dawson Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115483?id=cbbdecca-d2f9-4147-bba6-222e220e772e&state=GA&measure=nursing-home-ownership, attached as Exhibit W;

(24) Eatonton Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115595?id=fdcd8a67-5a16-4e10-9cc8-fc78836abf42&state=GA&measure=nursing-home-ownership, attached as

Exhibit X;

(25) Four County Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115481?id=9dbe6ea1-a19f-4138-9705-027ffa7e665b&state=GA&measure=nursing-home-ownership, attached as Exhibit Y;

(26) Gibson Southern Living Center[2] ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115613?id=49d15333-014d-4b8c-b8a7-b6347e776bfd&state=GA&measure=nursing-home-ownership, attached as Exhibit Z;

(27) Gordon Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115584?id=119e3e88-80f4-417a-a50c-7064f9cbdf90&state=GA&measure=nursing-home-ownership, attached as Exhibit AA;

(28) Green Acres Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115578?id=92744832-721e-4a0d-9ab0-da0442179fe2&state=GA&measure=nursing-home-ownership, attached as Exhibit BB;

(29) Greene Point Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115488?id=655d493b-c25e-4b1e-81cb-4a843e81f1e1&state=GA&measure=nursing-home-ownership, attached as

---

[2] This nursing home is reported on Medicare.gov as "Gibson Health and Rehabilitation," which is the only nursing home reported on the Medicare.gov website operating at 434 Beall Springs Road, Gibson, GA 30810 (the same address as Gibson Southern Living Center).

18373330v2

Exhibit CC;

(30) Harrington Park Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115725?id=d29c8407-c028-4d83-be3f-01b71c4d649a&state=GA&measure=nursing-home-ownership, attached as Exhibit DD;

(31) Hartwell Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115435?id=b00c8484-c7d3-42f2-a59c-be58b02d8024&state=GA&measure=nursing-home-ownership, attached as Exhibit EE;

(32) Heritage Inn of Barnesville Health & Rehabilitation Center ownership and management disclosure: https://www.medicare.gov/care-compare/details/nursing-home/115447?id=b29aaad4-57ee-4a42-acc6-8bedd65567cd&state=GA&measure=nursing-home-ownership, attached as Exhibit FF;

(33) High Shoals Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115279?id=c45a7a52-276c-451f-8f01-fb75552c35de&state=GA&measure=nursing-home-ownership, attached as Exhibit GG;

(34) Lee County Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115614?id=d74da4a9-0658-4004-bc6e-82493d80c838&state=GA&measure=nursing-home-ownership, attached as Exhibit HH;

(35) Legacy Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115496?id=ac2a3946-c8d8-4a5b-aea7-f3dc9a84be9a&state=GA&measure=nursing-home-ownership, attached as

Exhibit II;

(36) Lillian Carter Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115550?id=81390396-47dd-4778-9655-5a0f09a1582a&state=GA&measure=nursing-home-ownership, attached as Exhibit JJ;

(37) Lynn Haven Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115474?id=3c52d88e-a397-4ce0-9438-d0e3fdbd4f92&state=GA&measure=nursing-home-ownership, attached as Exhibit KK;

(38) Montezuma Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115364?id=d7756d69-03c7-4abc-a7ac-e306e2a3c915&state=GA&measure=nursing-home-ownership, attached as Exhibit LL;

(39) Newnan Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115138?id=c1784302-e6bf-40c7-afac-334f96536f74&state=GA&measure=nursing-home-ownership, attached as Exhibit MM;

(40) Northridge Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115714?id=2f807a4c-e024-4f5c-b57a-6032fb9c135d&state=GA&measure=nursing-home-ownership, attached as Exhibit NN;

(41) Oak View Waverly Hall ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115576?id=4af0bb00-e71e-41d0-9b3f-8ff9b938aeb3&state=GA&measure=nursing-home-ownership, attached as

Exhibit OO;

(42) Oakview Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115428?id=c21de4e7-0058-4717-8cb2-445f95a1a01d&state=GA&measure=nursing-home-ownership, attached as Exhibit PP;

(43) Oconee Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115357?id=db41d359-7671-426f-8011-c4ff5a232f01&state=GA&measure=nursing-home-ownership, attached as Exhibit QQ;

(44) Riverside Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115353?id=d00fa3d4-1a17-4440-8b67-5734418cd0bb&state=GA&measure=nursing-home-ownership, attached as Exhibit RR;

(45) Southland Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115460?id=c2c773f2-c654-4db4-9c6d-83ab8d8a928a&state=GA&measure=nursing-home-ownership, attached as Exhibit SS;

(46) Sparta Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115382?id=d0282c0a-4bd6-4257-aab6-a9997e913530&state=GA&measure=nursing-home-ownership, attached as Exhibit TT;

(47) Stevens Park Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115294?id=e38f18f7-216e-4cb6-8940-a5871987c301&state=GA&measure=nursing-home-ownership, attached as

Exhibit UU;

(48) Taylor County Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115507?id=19890d7e-2d0b-44e8-8c51-0cdd846aab3b&state=GA&measure=nursing-home-ownership, attached as Exhibit VV;

(49) Townsend Park Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115461?id=c3f34cd7-f5ac-44e4-9085-26d38c4048c9&state=GA&measure=nursing-home-ownership, attached as Exhibit WW;

(50) Treutlen County Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115358?id=ab7fd4c0-ee36-41d7-9660-032ba06b7846&state=GA&measure=nursing-home-ownership, attached as Exhibit XX;

(51) Vista Park Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115611?id=65ac9715-725f-4c5e-aa55-cb2584adcbcb&state=GA&measure=nursing-home-ownership, attached as Exhibit YY;

(52) Warrenton Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115321?id=13c4906c-8dfb-4559-940d-5abfd7e457a7&state=GA&measure=nursing-home-ownership, attached as Exhibit ZZ;

(53) Waycross Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115605?id=c2fa97ff-7c2f-403e-a1e1-f29a34df6f9f&state=GA&measure=nursing-home-ownership, attached as

Exhibit AAA;

(54) Winthrop Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115395?id=b1982550-adaa-4581-8b74-62bd769f36e2&state=GA&measure=nursing-home-ownership, attached as Exhibit BBB;

(55) Wynfield Park Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115625?id=1d8cffef-55e4-40e4-bd9c-37d85862fa62&state=GA&measure=nursing-home-ownership, attached as Exhibit CCC;

(56) Zebulon Park Health & Rehabilitation Center ownership and management disclosure:  https://www.medicare.gov/care-compare/details/nursing-home/115295?id=42b152a2-d62d-4c50-99fe-a5bdfe7ea3f1&state=GA&measure=nursing-home-ownership, attached as Exhibit DDD;

(57)  Riverview Health and Rehabilitation Center, Inc. Form 990 for tax year beginning July 1, 2018 and ending June 30, 2019: https://apps.irs.gov/pub/epostcard/cor/580866101_201906_990_2021030817788389.pdf, attached as Exhibit EEE; and

(58)  Riverview Health and Rehabilitation Center, Inc. Form 990 for tax year beginning July 1, 2019 and ending June 30, 2020: https://apps.irs.gov/pub/epostcard/cor/580866101_202006_990_2022031119743185.pdf, attached as Exhibit FFF.

18373330v2

# EXHIBIT A

Scott Health & Rehabilitation

# Ownership

✕

**Legal business name**

Johnson County Ltc, LLC

**Ownership type**

Non profit – Other

**Contact info**

12 Smith Lane
Adrian, GA 31002
(478) 668-3225

## Owners and managers of Scott Health & Rehabilitation

**OWNER**
5% or greater direct ownership interest

### PIEDMONT REGIONAL HEALTH INC (100%)

since 11/01/2006

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/25/2005

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### BROWNING, BECKY

since 11/10/2014

## MANAGING EMPLOYEE

### BROWN, DEANNA

since 01/27/2020

### BROWNING, BECKY

since 11/01/2006

# EXHIBIT

# B

## Azalea Health and Rehabilitation

# Ownership

**Legal business name**

Candler County Ltc, LLC

**Ownership type**

Non profit - Other

**Contact info**

300 Cedar Road
Metter, GA 30439
(912) 685-5734

## Owners and managers of Azalea Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**PIEDMONT REGIONAL HEALTH INC (100%)**

since 11/01/2006

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/25/2005

### HODGES, KIMBERLY

since 11/01/2016

## OFFICER

### HOWELL, LYNIS

since 07/23/2018

## MANAGING EMPLOYEE

### ALLEN, GERALDINE

since 03/27/2007

### HOWELL, LYNIS

since 07/23/2018

# EXHIBIT C

Camellia Health &
Rehabilitation

# Ownership

**Legal business name**

Evans County Ltc LLC

**Ownership type**

Non profit – Other

**Contact info**

700 East Long Street
Claxton, GA 30417
(912) 739-2245

## Owners and managers of Camellia Health & Rehabilitation

**OWNER**
5% or greater direct ownership interest

**PIEDMONT REGIONAL HEALTH INC (100%)**

since 11/01/2006

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 10/25/2005

## POOLE, BRANDON

since 07/01/2021

OFFICER

## BROWN, JOVI

since 12/14/2021

MANAGING EMPLOYEE

## BROWN, JOVI

since 12/14/2021

## TODD, SANDRA

since 11/25/2020

# EXHIBIT

# D

Orchard Health and
Rehabilitation

# Ownership

**Legal business name**

Candler County II Ltc LLC

**Ownership type**

Non profit – Other

**Contact info**

1321 Pulaski School Road
Pulaski, GA 30451
(912) 685-5072

## Owners and managers of Orchard Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**PIEDMONT REGIONAL HEALTH INC (100%)**

since 11/01/2006

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 11/25/2005

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### FOSKEY, LINDA

since 07/26/2020

## MANAGING EMPLOYEE

### EASON, PAMELA

since 12/18/2017

### FOSKEY, LINDA

since 07/26/2020

# EXHIBIT E

Eagle Health & Rehabilitation

# Ownership

✕

**Legal business name**

Bulloch County Ltc LLC

**Ownership type**

Non profit – Other

**Contact info**

405 S College St
Statesboro, GA 30458
(912) 764-6108

## Owners and managers of Eagle Health & Rehabilitation

**OWNER**
5% or greater direct ownership interest

### PIEDMONT REGIONAL HEALTH INC (100%)

since 11/01/2006

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/25/2005

### HUNT, GEORGE

since 01/01/2019

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### ROWE, JOHN

since 04/04/2022

## MANAGING EMPLOYEE

### HERRERA, JANET

since 01/03/2022

### ROWE, JOHN

since 04/04/2022

# EXHIBIT F

Riverview Health & Rehab Ctr

# Ownership

### Legal business name

Riverview Health and Rehabilitation Center, Inc.

### Ownership type

Non profit – Corporation

### Contact info

6711 Laroche Avenue
Savannah, GA 31406
(912) 354-8225

## Owners and managers of Riverview Health & Rehab Ctr

#### OPERATIONAL/MANAGERIAL CONTROL

### POOLE, BRANDON

since 07/01/2021

### RIVERVIEW HEALTH AND REHABILITATION CENTER, INC.

since 08/27/2012

## DIRECTOR

### BOOKER, STEPHEN

since 08/27/2012

### BRAUN, DANA

since 08/27/2012

### COLLINS, TERRI

since 01/04/2021

### DAVIS, PATTI

since 04/01/2021

### DRUM-PAQUETTE, HANNAH

since 04/01/2021

### HAGERTY, DEEBRA

since 01/02/2013

### JINDANI, SHINAZ

since 04/01/2021

### KOSTER, PHILIP

since 04/01/2021

### MESSER, BRANDON

since 04/01/2021

## RICH, LEIGH

since 05/01/2021

## SEAGRAVES, DEE DEE

since 01/02/2014

## SMITH, CLINT

since 05/03/2021

## TRUITT, RAY

since 12/01/2009

### OFFICER

## LUCKE, CAROLYN

since 06/01/2020

### MANAGING EMPLOYEE

## LUCKE, CAROLYN

since 06/01/2020

## VEIGA-JONES, DIANE

since 10/05/2020

# EXHIBIT G

Heritage Inn of Sandersville
Health and Rehab

# Ownership

**Legal business name**

Heritage Inn of Sandersville LLC

**Ownership type**

Non profit – Other

**Contact info**

652 Ferncrest Drive
Sandersville, GA 31082
(478) 552-3015

## Owners and managers of Heritage Inn of Sandersville Health and Rehab

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### MCMICHAEL, KAREN

since 08/13/2014

## MANAGING EMPLOYEE

### COLLINS, VICTORIA

since 10/18/2021

### MCMICHAEL, KAREN

since 09/30/2003

# EXHIBIT H

Heritage Inn Health and Rehabilitation

# Ownership

**Legal business name**

Bulloch County Health Care LLC

**Ownership type**

Non profit – Other

**Contact info**

307 Jones Mill Road
Statesboro, GA 30458
(912) 764-9011

## Owners and managers of Heritage Inn Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 11/01/2007

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 11/01/2007

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### HERRON, LATASHA

since 10/12/2020

## MANAGING EMPLOYEE

### GIBSON, MARTHA

since 05/10/2021

### HERRON, LATASHA

since 10/12/2020

# EXHIBIT I

**Meadows Park Health and Rehabilitation**

# Ownership

---

**Legal business name**

Meadows Park Health & Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

119 Meadows Parkway West
Vidalia, GA 30474
(912) 403-3400

---

## Owners and managers of Meadows Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 10/23/2014

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 01/01/2015

### WILKS, DIANA

since 01/01/2015

## OFFICER

### PARKER, RACHEL

since 07/12/2020

## MANAGING EMPLOYEE

### HOLMES, RACHEL

since 11/25/2020

### PARKER, RACHEL

since 07/12/2020

# EXHIBIT J

Oxley Park Health and Rehabilitation

# Ownership

---

**Legal business name**

Toombs Nursing Home LLC

**Ownership type**

Non profit - Other

**Contact info**

181 Oxley Drive
Lyons, GA 30436
(912) 526-6336

---

## Owners and managers of Oxley Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### MORRIS, AMY

since 05/11/2017

## MANAGING EMPLOYEE

### MORRIS, AMY

since 05/11/2017

### SHARPTON, NANCY

since 07/17/2021

# EXHIBIT K

2282967v1

Traditions Health and
Rehabilitation

# Ownership

**Legal business name**

Traditions Health and Rehabilitation Center LLC

**Ownership type**

Non profit – Other

**Contact info**

2816 Evans Mill Road
Lithonia, GA 30058
(770) 482-2961

## Owners and managers of Traditions Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 03/31/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### CLARK, SOUKHY

since 06/04/2021

## MANAGING EMPLOYEE

### CLARK, SOUKHY

since 06/04/2021

### FALANA, KAREN

since 04/03/2017

# EXHIBIT L

Ansley Park Health and
Rehabilitation

# Ownership

**Legal business name**

Ansley Park Health and Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

450 Newnan Lakes Blvd
Newnan, GA 30263
(770) 400-8000

## Owners and managers of Ansley Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC**

since 04/22/2013

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 04/22/2013

## POOLE, BRANDON

since 07/01/2021

OFFICER

## DEBERRY, MIRIAM

since 01/26/2022

MANAGING EMPLOYEE

## DEBERRY, MIRIAM

since 01/26/2022

## DEVER, ANNA

since 04/17/2017

# EXHIBIT M

Archway Transitional Care
Center

# Ownership

**Legal business name**

Bibb County Health Care LLC

**Ownership type**

Non profit – Other

**Contact info**

4373 Houston Avenue
Macon, GA 31206
(478) 216-5660

## Owners and managers of Archway Transitional Care Center

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 12/12/2016

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 12/12/2016

## POOLE, BRANDON

since 07/01/2021

OFFICER

## REGAN, FAITH

since 11/17/2021

MANAGING EMPLOYEE

## REGAN, FAITH

since 11/17/2021

# EXHIBIT N

Autumn Lane Health and
Rehabilitation

# Ownership

**Legal business name**

Jones County Nursing Home LLC

**Ownership type**

Non profit - Other

**Contact info**

302 Georgia 18 East
Gray, GA 31032
(478) 986-3151

## Owners and managers of Autumn Lane Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 03/31/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### NELSON, EDWARD

since 07/18/2005

## MANAGING EMPLOYEE

### NELSON, EDWARD

since 07/18/2005

### WHIPPLE, KENDRA

since 08/15/2021

# EXHIBIT

# O

Avalon Health and
Rehabilitation

# Ownership

**Legal business name**

Avalon Health Care LLC

**Ownership type**

For profit – Corporation

**Contact info**

120 Spring Street
Newnan, GA 30263
(770) 253-1475

## Owners and managers of Avalon Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### DEAN, THOMAS

since 10/06/2021

## MANAGING EMPLOYEE

### DEAN, THOMAS

since 10/06/2021

### GAMBLE, JOANNA

since 01/28/2022

# EXHIBIT
# P

Bolingreen Health and Rehabilitation

# Ownership

**Legal business name**

Monroe County Nursing Home LLC

**Ownership type**

Non profit – Other

**Contact info**

529 Bolingreen Drive
Macon, GA 31210
(478) 477-1720

## Owners and managers of Bolingreen Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 07/01/2005

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### KENNEDY, JODIE

since 10/18/2021

## MANAGING EMPLOYEE

### AMYOT, THERESA

since 02/04/2022

### KENNEDY, JODIE

since 10/18/2021

# EXHIBIT Q

Brentwood Health and
Rehabilitation

# Ownership

**Legal business name**

Brentwood Terrace Health Center, LLC

**Ownership type**

Non profit – Other

**Contact info**

115 Brentwood Drive
Waynesboro, GA 30830
(706) 554-4425

## Owners and managers of Brentwood Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### LANE, TINA

since 04/01/2014

## MANAGING EMPLOYEE

### LANE, TINA

since 09/30/2003

### MOODY, ALECIA

since 02/15/2021

# EXHIBIT R

Brown Health and
Rehabilitation

# Ownership

**Legal business name**

Franklin County Health & Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

545 Cook Street
Royston, GA 30662
(706) 245-1900

## Owners and managers of Brown Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2014

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 04/01/2014

## POOLE, BRANDON

since 07/01/2021

OFFICER

## MURRAY, CHRISTOPHER

since 11/21/2021

MANAGING EMPLOYEE

## GIPSON, TANA

since 09/03/2021

## MURRAY, CHRISTOPHER

since 11/21/2021

# EXHIBIT S

Chaplinwood Nursing Home

# Ownership



**Legal business name**

Chaplinwood Nursing Home LLC

**Ownership type**

Non profit – Other

**Contact info**

325 Allen Memorial Drive SW
Milledgeville, GA 31061
(478) 453-8514

## Owners and managers of Chaplinwood Nursing Home

OWNER
5% or greater direct ownership interest

### HEALTH SCHOLARSHIPS INC (100%)

since 03/13/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### WILDER, SHANNETHA

since 07/26/2020

## MANAGING EMPLOYEE

### SANDERS, KAITLIN

since 05/17/2021

### WILDER, SHANNETHA

since 07/26/2020

# EXHIBIT T

Chelsey Park Health and Rehabilitation

# Ownership

**Legal business name**

Chelsey Park Health & Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

200 Mountain Park Drive
Dahlonega, GA 30533
(706) 482-3000

## Owners and managers of Chelsey Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 10/23/2014

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 01/01/2015

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### HILL, CHRISTOPHER

since 08/01/2021

## MANAGING EMPLOYEE

### HILL, CHRISTOPHER

since 08/01/2021

### SOUTHER, PATTIE

since 10/04/2021

# EXHIBIT U

Cherry Blossom Health and
Rehabilitation

# Ownership

### Legal business name

Cherry Blossom Health Care Center LLC

### Ownership type

Non profit – Other

### Contact info

3520 Kenneth Drive
Macon, GA 31206
(478) 781-7553

## Owners and managers of Cherry Blossom Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

### HEALTH SYSTEMS FACILITIES, INC. (100%)

since 10/01/2003

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 10/01/2003

## POOLE, BRANDON

since 07/01/2021

OFFICER

## BATHON, CHARITY

since 08/09/2021

MANAGING EMPLOYEE

## BATHON, CHARITY

since 08/09/2021

## SAVAGE, KELLIE

since 08/02/2021

# EXHIBIT V

Comer Health and
Rehabilitation

# Ownership

**Legal business name**

Madison County Health & Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

2430 Paoli Road
Comer, GA 30629
(706) 783-5116

## Owners and managers of Comer Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2014

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 04/01/2014

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### CHEEK, CHRISTINE

since 04/01/2014

### RYALS, KEISHA

since 09/29/2021

## MANAGING EMPLOYEE

### CHEEK, CHRISTINE

since 04/01/2014

### RYALS, KEISHA

since 09/29/2021

# EXHIBIT W

Dawson Health and
Rehabilitation

# Ownership

**Legal business name**

Dawson Manor Nursing Home LLC

**Ownership type**

Non profit – Other

**Contact info**

1159 Georgia Ave. S.E.
Dawson, GA 39842
(229) 995-5016

## Owners and managers of Dawson Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### MIMS, DEBRA

since 02/12/2022

## MANAGING EMPLOYEE

### MIMS, DEBRA

since 02/12/2022

### THOMAS, TAMARA

since 04/20/2020

# EXHIBIT X

Eatonton Health and
Rehabilitation

# Ownership

**Legal business name**

Putnam County Health Care LLC

**Ownership type**

Non profit - Other

**Contact info**

125 Sparta Highway 16 East
Eatonton, GA 31024
(706) 485-8573

## Owners and managers of Eatonton Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 01/01/2008

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 01/01/2008

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### THORNTON, DAVID

since 11/12/2018

## MANAGING EMPLOYEE

### MARSHALL, PARTICIA

since 12/28/2020

### THORNTON, DAVID

since 11/12/2018

# EXHIBIT Y

Four County Health and
Rehabilitation

# Ownership

**Legal business name**

Four County Health Care LLC

**Ownership type**

Non profit – Other

**Contact info**

124 Overby Drive
Richland, GA 31825
(229) 887-2021

## Owners and managers of Four County Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 10/01/2003

## HUNT, GEORGE

since 01/01/2019

OFFICER

## METHENY, STEVEN

since 02/09/2015

MANAGING EMPLOYEE

## METHENY, STEVEN

since 02/11/2013

## NIETO, GLENDA

since 03/12/2014

# EXHIBIT Z

Gibson Health and
Rehabilitation

# Ownership

**Legal business name**

Glascock County Health Care LLC

**Ownership type**

Non profit – Other

**Contact info**

434 Beall Springs Road
Gibson, GA 30810
(706) 598-3201

## Owners and managers of Gibson Health and Rehabilitation

OWNER
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 11/01/2007

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 11/01/2007

### POOLE, BRANDON

since 07/20/2021

## OFFICER

### SLEDGE PITTARD, TIFFANY

since 02/21/2022

## MANAGING EMPLOYEE

### ALLEN, CHRISTINE

since 01/08/2010

### SLEDGE PITTARD, TIFFANY

since 02/21/2022

# EXHIBIT AA

Gordon Health and Rehabilitation

# Ownership

**Legal business name**

Gordon Health Care Center LLC

**Ownership type**

Non profit – Other

**Contact info**

1280 Mauldin Road NE
Calhoun, GA 30703
(706) 625-0044

## Owners and managers of Gordon Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 03/31/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### BURGER, MAXIC

since 01/01/2019

## MANAGING EMPLOYEE

### BURGER, MAXIC

since 01/01/2019

### WILSON, TAMMY

since 03/18/2019

# EXHIBIT BB

Green Acres Health and
Rehabilitation

# Ownership

**Legal business name**

Baldwin County Nursing Home LLC

**Ownership type**

Non profit - Other

**Contact info**

313 Allen Memorial Drive,sw
Milledgeville, GA 31061
(478) 453-9437

## Owners and managers of Green Acres Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2003

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 10/01/2003

## POOLE, BRANDON

since 07/01/2021

OFFICER

## BLOODWORTH, CHERYL

since 07/08/2019

MANAGING EMPLOYEE

## BLOODWORTH, CHERYL

since 07/08/2019

## STOREY, KARLA

since 04/06/2020

# EXHIBIT CC

Greene Point Health and
Rehabilitation

# Ownership

**Legal business name**

Greene County Health Care LLC

**Ownership type**

Non profit – Other

**Contact info**

1321 Washington Highway
Union Point, GA 30669
(706) 486-2167

## Owners and managers of Greene Point Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 11/01/2007

OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 11/01/2007

### POOLE, BRANDON

since 07/01/2021

OFFICER

### CHAMBERS, CHARITY

since 03/29/2022

MANAGING EMPLOYEE

### CHAMBERS, CHARITY

since 03/29/2022

### PATTERSON, PEGGY

since 09/04/2021

# EXHIBIT DD

Harrington Park Health and
Rehabilitation

# Ownership

---

**Legal business name**

Harrington Park Health & Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

511 Pleasant Home Road
Augusta, GA 30907
(762) 222-7200

---

## Owners and managers of Harrington Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

---

**HEALTH SCHOLARSHIPS INC (100%)**

since 10/23/2014

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 01/01/2015

## HUNT, GEORGE

since 01/01/2019

MANAGING EMPLOYEE

## HOWARD, ANDREA

since 03/20/2015

## ROGERS, TABITHA

since 08/28/2020

# EXHIBIT EE

Hartwell Health and
Rehabilitation

# Ownership

**Legal business name**

Hart County Health & Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

94 Cade Street
Hartwell, GA 30643
(706) 856-6982

## Owners and managers of Hartwell Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 03/26/2014

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 03/26/2014

## POOLE, BRANDON

since 07/01/2021

### OFFICER

## WINFREY, TANYA

since 11/07/2021

### MANAGING EMPLOYEE

## CALDWELL, MARY

since 08/25/2019

## WINFREY, TANYA

since 11/07/2021

# EXHIBIT FF

Heritage Inn of Barnesville
Health and Rehab

# Ownership

**Legal business name**

Heritage Inn of Barnesville LLC

**Ownership type**

Non profit - Other

**Contact info**

946 Veterans Parkway
Barnesville, GA 30204
(770) 358-2485

## Owners and managers of Heritage Inn of Barnesville Health and Rehab

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

OFFICER

### GERVIL, LESLY

since 04/15/2020

MANAGING EMPLOYEE

### ADAMS, APRIL

since 07/18/2021

### GERVIL, LESLY

since 04/15/2020

# EXHIBIT GG

High Shoals Health and
Rehabilitation

# Ownership

**Legal business name**

Oconee County Health & Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

3450 New High Shoals Rd
Bishop, GA 30621
(706) 769-7738

## Owners and managers of High Shoals Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 08/21/2014

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2014

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### HARRISON, BRANDI

since 05/17/2019

## MANAGING EMPLOYEE

### HARRISON, BRANDI

since 05/17/2019

### PETERS, LAURA

since 10/07/2021

# EXHIBIT HH

Lee County Health and
Rehabilitation

# Ownership

**Legal business name**

Lee County Health Care LLC

**Ownership type**

Non profit – Other

**Contact info**

214 Main Street
Leesburg, GA 31763
(229) 759-9236

## Owners and managers of Lee County Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 10/01/2003

## POOLE, BRANDON

since 07/01/2021

OFFICER

## BURNETT, KELLY

since 01/26/2015

MANAGING EMPLOYEE

## BURNETT, KELLY

since 03/01/2013

## CHAPPELL, BRANDIE

since 01/11/2022

# EXHIBIT II

Legacy Health and
Rehabilitation

# Ownership

**Legal business name**

Greene County Nursing Center LLC

**Ownership type**

Non profit - Other

**Contact info**

1201 Siloam Road
Greensboro, GA 30642
(706) 453-1912

## Owners and managers of Legacy Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 10/01/2006

OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2006

### POOLE, BRANDON

since 07/01/2021

MANAGING EMPLOYEE

### ARENYEKA, EVELYN

since 05/05/2021

### JOHNSON, MELONEY

since 01/05/2022

# EXHIBIT JJ

Lillian G Carter Health and
Rehabilitation

# Ownership

**Legal business name**

Lillian G Carter Nursing Center LLC

**Ownership type**

Non profit – Other

**Contact info**

225 Hospital Street
Plains, GA 31780
(229) 824-7796

## Owners and managers of Lillian G Carter Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### HESS, CHARLES

since 11/02/2021

## MANAGING EMPLOYEE

### HESS, CHARLES

since 11/02/2021

### MOSLEY, JENNIFER

since 02/14/2022

# EXHIBIT KK

Lynn Haven Health and
Rehabilitation

# Ownership

**Legal business name**

Lynn Haven Nursing Home LLC

**Ownership type**

For profit – Corporation

**Contact info**

747 Monticello Highway
Gray, GA 31032
[(478) 986-3196](tel:4789863196)

## Owners and managers of Lynn Haven Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 03/31/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### COLEMAN, LESLIE

since 12/01/2018

## MANAGING EMPLOYEE

### BROOKS, JAMIE

since 01/25/2021

### COLEMAN, LESLIE

since 12/01/2018

# EXHIBIT LL

Montezuma Health Care Center

# Ownership



**Legal business name**

Montezuma Health Care Center LLC

**Ownership type**

Non profit – Other

**Contact info**

506 Sumter St
Montezuma, GA 31063
[(478) 472-8168](tel:4784728168)

## Owners and managers of Montezuma Health Care Center

OWNER
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 03/31/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### ROWE, JOHN

since 04/18/2019

## MANAGING EMPLOYEE

### BRYANT, THERESA

since 02/17/2020

### LEMOND, STEPHANIE

since 04/18/2016

### ROWE, JOHN

since 04/18/2019

# EXHIBIT MM

Newnan Health and
Rehabilitation

# Ownership

**Legal business name**

Newnan Nursing and Rehabilitation LLC

**Ownership type**

Non profit – Other

**Contact info**

244 East Broad Street
Newnan, GA 30263
(770) 253-7160

## Owners and managers of Newnan Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2010

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 04/01/2010

### POOLE, BRANDON

since 07/01/2021

### WILKS, DIANA

since 05/01/2012

## OFFICER

### KRAFT, ROBERT

since 10/06/2021

## MANAGING EMPLOYEE

### ANDREWS BATTLES, GLORIA

since 08/01/2020

### KRAFT, ROBERT

since 10/06/2021

### WILLIAMS, RHONDA

since 12/09/2019

# EXHIBIT NN

Northridge Health and
Rehabilitation

# Ownership

**Legal business name**

Restoration Healthcare of Commerce LLC

**Ownership type**

Non profit – Other

**Contact info**

100 Medical Center Drive
Commerce, GA 30529
(706) 335–1330

## Owners and managers of Northridge Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

### JACKSON COUNTY HEALTHCARE HOLDINGS LLC

since 01/01/2014

OPERATIONAL/MANAGERIAL CONTROL

### HOME AND COMMUNITY SERVICES INC

since 01/01/2014

OFFICER

### DALTON, JOHN

since 08/15/2021

### POOLE, BRANDON

since 07/01/2021

MANAGING EMPLOYEE

### DALTON, JOHN

since 08/15/2021

### JONES, MEGAN

since 07/16/2020

# EXHIBIT OO

Oak View Home, Inc

# Ownership

✕

**Legal business name**

Golden Age Oak View Home LLC

**Ownership type**

Non profit – Other

**Contact info**

119 Oakview Street
Waverly Hall, GA 31831
[(706) 582-2117](tel:7065822117)

## Owners and managers of Oak View Home, Inc

OWNER
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 09/30/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### KRAFT, ROBERT

since 03/16/2022

## MANAGING EMPLOYEE

### PHILLIPS, SLOAN

since 01/02/2022

# EXHIBIT PP

Oakview Health and
Rehabilitation

# Ownership

**Legal business name**

Oakview Nursing & Rehabilitation Center LLC

**Ownership type**

Non profit – Other

**Contact info**

960 Highland Avenue
Summerville, GA 30747
(706) 857-4761

## Owners and managers of Oakview Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 03/31/2003

OPERATIONAL/MANAGERIAL CONTROL

---

## CLINICAL SERVICES, INC.

since 10/01/2003

## HUNT, GEORGE

since 01/01/2019

OFFICER

---

## LAMBERT, RENO

since 06/05/2017

MANAGING EMPLOYEE

---

## JENNINGS, CHRISTIAN

since 10/25/2020

## LAMBERT, RENO

since 06/05/2017

# EXHIBIT QQ

Oconee Health and
Rehabilitation

# Ownership

---

**Legal business name**

Oconee Health Care LLC

**Ownership type**

Non profit – Other

**Contact info**

107 Ridgeview Dr
Oconee, GA 31067
[(478) 552-7381](tel:4785527381)

---

## Owners and managers of Oconee Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 10/01/2003

## POOLE, BRANDON

since 07/01/2021

OFFICER

## BUTLER, BRENDA

since 01/19/2022

MANAGING EMPLOYEE

## BUTLER, BRENDA

since 01/19/2022

## JENKINS, TETRA

since 08/25/2018

# EXHIBIT RR

Riverside Health and
Rehabilitation

# Ownership

## Legal business name

Riverside Nursing Center of Thomaston LLC

## Ownership type

Non profit – Other

## Contact info

101 Old Talbotton Rd
Thomaston, GA 30286
(706) 647-8161

## Owners and managers of Riverside Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2003

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 04/01/2003

## POOLE, BRANDON

since 07/01/2021


OFFICER

## CLAY, TAMMY

since 07/05/2021


MANAGING EMPLOYEE

## ALLEN, BRENDA

since 03/13/2003

## CLAY, TAMMY

since 07/05/2021

# EXHIBIT SS

Southland Health and
Rehabilitation

# Ownership

**Legal business name**

Fayette County Nursing Home LLC

**Ownership type**

Non profit – Other

**Contact info**

151 Wisdom Road
Peachtree City, GA 30269
(770) 631-9000

## Owners and managers of Southland Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 03/31/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### PITTMAN, JACQUELINE

since 09/22/2021

## MANAGING EMPLOYEE

### PITTMAN, JACQUELINE

since 09/22/2021

### VORIE, JOANNA

since 12/01/2019

# EXHIBIT TT

Sparta Health and Rehabilitation

# Ownership

**Legal business name**

Sparta Health Care LLC

**Ownership type**

Non profit - Other

**Contact info**

11744 Highway 22 E
Sparta, GA 31087
(706) 444-6057

## Owners and managers of Sparta Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### HODGES, KIMBERLY

since 11/01/2016

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### SAMS, LISA

since 07/20/2020

## MANAGING EMPLOYEE

### DARGAN, CATHY

since 07/28/2020

### SAMS, LISA

since 07/20/2020

# EXHIBIT UU

Stevens Park Health and Rehabilitation

# Ownership

---

**Legal business name**

Stevens Park Health and Rehabilitation Center LLC

**Ownership type**

Non profit – Other

**Contact info**

820 Stevens Creek Road
Augusta, GA 30907
(706) 737-0350

---

## Owners and managers of Stevens Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 09/01/2009

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 07/22/2009

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### CHAMBLIN, DIANNA

since 08/28/2017

## MANAGING EMPLOYEE

### BUFFINGTON, CRYSTAL

since 05/22/2019

### CHAMBLIN, DIANNA

since 08/28/2017

### HILL, DEEANNA

since 02/15/2017

# EXHIBIT VV

Taylor County Health and
Rehabilitation

# Ownership

**Legal business name**

Taylor County Health Care LLC

**Ownership type**

Non profit – Corporation

**Contact info**

165 South Broad Street
Butler, GA 31006
(478) 862-2220

## Owners and managers of Taylor County Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 10/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 09/30/2003

### HEALTH SYSTEMS FACILITIES, INC.

since 07/01/2007

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### BARRY, MICHAEL

since 08/02/2020

## MANAGING EMPLOYEE

### BARRY, MICHAEL

since 08/02/2020

### MCGOUGH, CHANCELLOR

since 08/10/2018

### WEASON, DEBORAH

since 08/16/2021

# EXHIBIT WW

Townsend Park Health and
Rehabilitation

# Ownership

**Legal business name**

Townsend Park Health and Rehabilitation LLC

**Ownership type**

Non profit - Other

**Contact info**

196 North Dixie Avenue
Cartersville, GA 30120
(770) 387-0662

## Owners and managers of Townsend Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 11/01/2011

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 11/01/2011

### POOLE, BRANDON

since 07/01/2021

### WILKS, DIANA

since 05/01/2012

## OFFICER

### MCKINSTER, STACY

since 07/17/2017

## MANAGING EMPLOYEE

### KIDD, JERI

since 12/20/2020

### MCKINSTER, STACY

since 07/17/2017

# EXHIBIT XX

Treutlen County Health and
Rehabilitation

# Ownership

**Legal business name**

Treutlen County Nursing Home LLC

**Ownership type**

Non profit - Other

**Contact info**

2249 College Street, North
Soperton, GA 30457
(912) 529-4418

## Owners and managers of Treutlen County Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2003

OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 04/01/2003

### POOLE, BRANDON

since 07/01/2021

OFFICER

### BROOKS, JOHNNIE

since 02/28/2014

MANAGING EMPLOYEE

### BECK, PEBBLES

since 08/30/2021

### BROOKS, JOHNNIE

since 03/13/2003

# EXHIBIT YY

Vista Park Health and
Rehabilitation

# Ownership

**Legal business name**

Coffee County Nursing Home LLC

**Ownership type**

Non profit – Other

**Contact info**

1310 West Gordon Street
Douglas, GA 31533
(912) 384-7811

## Owners and managers of Vista Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2003

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 10/01/2003

## POOLE, BRANDON

since 07/01/2021

OFFICER

## HILL, STACEY

since 01/15/2014

MANAGING EMPLOYEE

## ADAMS, TARA

since 12/30/2017

## HILL, STACEY

since 08/16/2005

# EXHIBIT ZZ

Warrenton Health and Rehab

# Ownership

**Legal business name**

Selectis Warrenton LLC

**Ownership type**

Government - City

**Contact info**

813 Atlanta Highway
Warrenton, GA 30828
(706) 465-3328

## Owners and managers of Warrenton Health and Rehab

OWNER
5% or greater direct ownership interest

**SELECTIS HEALTH INC (100%)**

since 06/21/2021

5% or greater indirect ownership interest

---

## BALLER, LANCE

since 06/21/2021

## RHINE, ZVI

since 06/21/2021

## OPERATIONAL/MANAGERIAL CONTROL

---

## BALLER, LANCE

since 06/21/2021

## BARKER, CHRISTOPHER

since 06/21/2021

## ECKHART, KRYSTAL

since 06/21/2021

## ROSS, RHONDA

since 06/21/2021

## SELECTIS MANAGEMENT LLC

since 06/21/2021

## DIRECTOR

---

**BARKER, CHRISTOPHER**

since 06/21/2021

**DESMOND, ADAM**

since 06/21/2021

**ROSS, RHONDA**

since 06/21/2021

OFFICER

**BALLER, LANCE**

since 06/21/2021

**BARKER, CHRISTOPHER**

since 06/21/2021

**THALL, BRANDON**

since 06/21/2021

MANAGING EMPLOYEE

**SHEPHERD, JOY**

since 06/21/2021

# EXHIBIT AAA

Waycross Health and
Rehabilitation

# Ownership

---

**Legal business name**

Ware County Health Care LLC

**Ownership type**

Non profit – Corporation

**Contact info**

1910 Dorothy Street
Waycross, GA 31501
[(912) 285-4721](tel:9122854721)

---

## Owners and managers of Waycross Health and Rehabilitation

---

**OWNER**
5% or greater direct ownership interest

---

**HEALTH SYSTEMS FACILITIES, INC. (100%)**

since 11/01/2007

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 11/01/2007

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### ITURBURU, EDWARD

since 08/16/2020

## MANAGING EMPLOYEE

### ITURBURU, EDWARD

since 08/16/2020

### WOODS, SONJA

since 01/05/2022

# EXHIBIT BBB

Winthrop Health and
Rehabilitation

# Ownership

---

**Legal business name**

Winthrop Manor Nursing Home LLC

**Ownership type**

Non profit – Other

**Contact info**

12 Chateau Drive
Rome, GA 30161
(706) 235-1422

---

## Owners and managers of Winthrop Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 04/01/2003

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 10/01/2003

### HUNT, GEORGE

since 01/01/2019

## OFFICER

### BROOKS, MYRA

since 08/27/2014

## MANAGING EMPLOYEE

### BERNER, PACHIS

since 11/18/2019

### BROOKS, MYRA

since 10/20/2003

# EXHIBIT CCC

Wynfield Park Health and
Rehabilitation

# Ownership

**Legal business name**

Wynfield Park Health and Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

223 W.Third Avenue
Albany, GA 31701
(229) 435-0741

## Owners and managers of Wynfield Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 01/01/2012

## OPERATIONAL/MANAGERIAL CONTROL

### CLINICAL SERVICES, INC.

since 01/01/2012

### POOLE, BRANDON

since 07/01/2021

## OFFICER

### BARNES, LAURA

since 01/07/2018

## MANAGING EMPLOYEE

### BARNES, LAURA

since 01/07/2018

### BRANCH, BRANDIE

since 08/31/2021

# EXHIBIT DDD

Zebulon Park Health and
Rehabilitation

# Ownership

**Legal business name**

Zebulon Park Health and Rehabilitation, LLC

**Ownership type**

Non profit – Other

**Contact info**

343 Plantation Way
Macon, GA 31210
(478) 238-4000

## Owners and managers of Zebulon Park Health and Rehabilitation

**OWNER**
5% or greater direct ownership interest

**HEALTH SCHOLARSHIPS INC (100%)**

since 05/11/2012

OPERATIONAL/MANAGERIAL CONTROL

## CLINICAL SERVICES, INC.

since 05/11/2012

## POOLE, BRANDON

since 07/01/2021

OFFICER

## SAPP, MADISON

since 08/10/2021

MANAGING EMPLOYEE

## HENDERSON, TOMMIE

since 02/22/2021

## SAPP, MADISON

since 08/10/2021

# EXHIBIT EEE

2941906015706 0

| Form **990** | | **Return of Organization Exempt From Income Tax** | OMB No 1545-0047 |
|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | **2018** |
| Department of the Treasury Internal Revenue Service | | ▶ Do not enter social security numbers on this form as it may be made public. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | Open to Public Inspection |

**A** For the 2018 calendar year, or tax year beginning **07/01/18** , and ending **06/30/19**

| **B** Check if applicable | **C** Name of organization **RIVERVIEW HEALTH & REHABILITATION CENTER, INC.** | **D** Employer identification number |
|---|---|---|
| ☐ Address change | Doing business as | **58-0866101** |
| ☐ Name change | Number and street (or P O box if mail is not delivered to street address)   Room/suite **6711 LAROCHE AVENUE** | **E** Telephone number **912-790-3225** |
| ☐ Initial return | | |
| ☐ Final return/ terminated | City or town, state or province, country, and ZIP or foreign postal code **SAVANNAH            GA 31406** | |
| ☐ Amended return | | **G** Gross receipts $ **10,823,044** |
| ☐ Application pending | **F** Name and address of principal officer **LAUREN BOTTOMS 6711 LAROCHE AVENUE SAVANNAH                      GA 31406** | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No **H(b)** Are all subordinates included? ☐ Yes ☐ No If "No," attach a list (see instructions) |

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) ( ) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**J** Website ▶ **WWW.RIVERVIEWHEALTH.NET**

**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶     **L** Year of formation **1963**   **M** State of legal domicile **GA**

## Part I   Summary

| | | | | |
|---|---|---|---|---|
| Activities & Governance | 1 | Briefly describe the organization's mission or most significant activities THE ORGANIZATION'S MISSION IS TO PROVIDE LONG-TERM CARE AT A REASONBLE PRICE TO THE ELDERLY IN SOUTHEAST GEORGIA, SPECIFICALLY THE RESIDENTS OF CHATHAM COUNTY, GEORGIA. | | |
| | 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets | | |
| | 3 | Number of voting members of the governing body (Part VI, line 1a) | **3** | 12 |
| | 4 | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 12 |
| | 5 | Total number of individuals employed in calendar year 2018 (Part V, line 2a) | **5** | 241 |
| | 6 | Total number of volunteers (estimate if necessary) | **6** | 125 |
| | 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| | b | Net unrelated business taxable income from Form 990-T, line 38 | **7b** | 0 |

| | | | Prior Year | Current Year |
|---|---|---|---|---|
| Revenue | 8 | Contributions and grants (Part VIII, line 1h) | | 0 |
| | 9 | Program service revenue (Part VIII, line 2g) | 10,378,648 | 10,380,805 |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 50,875 | 185,190 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 166,607 | 241,256 |
| | 12 | Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 10,596,130 | 10,807,251 |
| Expenses | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | | 0 |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | 0 |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 6,249,419 | 7,071,859 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶          0 | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 4,731,637 | 4,680,555 |
| | 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 10,981,056 | 11,752,414 |
| | 19 | Revenue less expenses  Subtract line 18 from line 12 | -384,926 | -945,163 |

| | | | Beginning of Current Year | End of Year |
|---|---|---|---|---|
| Net Assets or Fund Balances | 20 | Total assets (Part X, line 16) | 16,373,941 | 20,609,892 |
| | 21 | Total liabilities (Part X, line 26) | 9,836,321 | 15,017,435 |
| | 22 | Net assets or fund balances  Subtract line 21 from line 20 | 6,537,620 | 5,592,457 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | ▶ *B. Ray Truitt* (Signature of officer) | 01/30/2020 (Date) |
|---|---|---|
| | **RAY TRUITT** (Type or print name and title) | **SECRETARY** |

| Paid Preparer Use Only | Print/Type preparer's name **W. MITCH GREER** | Preparer's signature *W. M. Greer* | Date 1.16.202 | Check ☐ if self-employed | PTIN P01244956 |
|---|---|---|---|---|---|
| | Firm's name ▶ **MCNAIR, MCLEMORE, MIDDLEBROOKS & CO, LLC** | | | Firm's EIN ▶ **58-1094351** | |
| | Firm's address ▶ **POST OFFICE BOX ONE MACON, GA  31202-0001** | | | Phone no **478-746-6277** | |

May the IRS discuss this return with the preparer shown above? (see instructions)   ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.                    Form **990** (2018)

DAA

Form 990 (2018) **RIVERVIEW HEALTH & REHABILITATION  58-0866101** Page **2**

| **Part III** | **Statement of Program Service Accomplishments** | |
|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part III | ☐ |

**1** Briefly describe the organization's mission

**THE ORGANIZATION'S MISSION IS TO PROVIDE LONG-TERM CARE AT A REASONBLE PRICE TO THE ELDERLY IN SOUTHEAST GEORGIA, SPECIFICALLY THE RESIDENTS OF CHATHAM COUNTY, GEORGIA.**

**2** Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? ☐ Yes ☒ No

If "Yes," describe these new services on Schedule O

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? ☐ Yes ☒ No

If "Yes," describe these changes on Schedule O

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported

**4a** (Code _____ ) (Expenses $ **9,919,996** including grants of$ _____ ) (Revenue $ **10,380,805** )

**RIVERVIEW HEALTH & REHABILITATION CENTER, INC. OPERATES A 190-BED SKILLED NURSING FACILITY LOCATED IN SAVANNAH, GEORGIA.  THE ORGANIZATION'S PRIMARY PURPOSE IS TO PROVIDE SKILLED NURSING HOME CARE, INCLUDING REHABILITATION SERVICES, FOR THE ELDERLY.  ALL EXPENSES ARE RELATED TO THE COST OF CARE FOR ELDERLY PATIENTS.**

**4b** (Code _____ ) (Expenses $ _____ including grants of$ _____ ) (Revenue $ _____ )

**N/A**

**4c** (Code _____ ) (Expenses $ _____ including grants of$ _____ ) (Revenue $ _____ )

**N/A**

**4d** Other program services (Describe in Schedule O )

(Expenses $ _____ including grants of$ _____ ) (Revenue $ _____ )

**4e** Total program service expenses ▶ **9,919,996**

DAA

Form **990** (2018)

Form 990 (2018) **RIVERVIEW HEALTH & REHABILITATION  58-0866101**  Page **3**

| Part IV | Checklist of Required Schedules | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | X | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | **2** | | X |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | X |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | X |
| **9** | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | X | |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | X | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | X |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | X |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | X | |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | X |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | X |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | X |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | X |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) | **17** | | X |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | X |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | X |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | X |

Form **990** (2018)

Form 990 (2018) **RIVERVIEW HEALTH & REHABILITATION   58-0866101**                              Page **4**

**Part IV     Checklist of Required Schedules** *(continued)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** |  | **X** |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** |  | **X** |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K  If "No," go to line 25a* | **24a** |  | **X** |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** |  |  |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** |  |  |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** |  |  |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** |  | **X** |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** |  | **X** |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If "Yes," complete Schedule L, Part II* | **26** |  | **X** |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** |  | **X** |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions) |  |  |  |
| a | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* | **28a** |  | **X** |
| b | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* | **28b** |  | **X** |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* | **28c** |  | **X** |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** |  | **X** |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** |  | **X** |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** |  | **X** |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** |  | **X** |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I* | **33** |  | **X** |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** |  | **X** |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** |  | **X** |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** |  |  |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** |  | **X** |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** |  | **X** |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O | **38** | **X** |  |

**Part V     Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V    ☐

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096  Enter -0- if not applicable | **1a** | **40** |  |  |
| b | Enter the number of Forms W-2G included in line 1a  Enter -0- if not applicable | **1b** | **0** |  |  |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | **1c** | **X** |  |

Form **990** (2018)

DAA

Form 990 (2018) RIVERVIEW HEALTH & REHABILITATION 58-0866101                    Page 5

## Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)*

|   |   |   | Yes | No |
|---|---|---|-----|----|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** 241 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | **2b** | X | |
|   | **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) | | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? | **3a** | | X |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation in Schedule O* | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | **4a** | | X |
| **b** | If "Yes," enter the name of the foreign country ▶ | | | |
|   | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | **5a** | | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | X |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | **6a** | | X |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | **7a** | | X |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | **7c** | | X |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year | **7d** | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | X |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **7f** | | X |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** | | X |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** | | X |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 | **10a** | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | |
| **11** | **Section 501(c)(12) organizations.** Enter | | | |
| **a** | Gross income from members or shareholders | **11a** | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) | **11b** | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? | **13a** | | |
|   | **Note.** See the instructions for additional information the organization must report on Schedule O | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | **13b** | | |
| **c** | Enter the amount of reserves on hand | **13c** | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? | **14a** | | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | **15** | | X |
|   | If "Yes," see instructions and file Form 4720, Schedule N | | | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | **16** | | X |
|   | If "Yes," complete Form 4720, Schedule O | | | |

Form **990** (2018)

DAA

Form 990 (2018) **RIVERVIEW HEALTH & REHABILITATION 58-0866101** Page **6**

**Part VI** Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI ........................................... ☒

**Section A. Governing Body and Management**

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year .... | 1a | 12 | | |
|  | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O | | | | |
| b | Enter the number of voting members included in line 1a, above, who are independent .... | 1b | 12 | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | | | 2 | | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? | | | 3 | X | |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | | | 4 | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? | | | 5 | | X |
| 6 | Did the organization have members or stockholders? | | | 6 | | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | | | 7a | | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | | | 7b | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| a | The governing body? | | | 8a | X | |
| b | Each committee with authority to act on behalf of the governing body? | | | 8b | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O. | | | 9 | | X |

**Section B. Policies** *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? | | 10a | | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | | 10b | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | | 11a | | X |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990 | | | | |
| 12a | Did the organization have a written conflict of interest policy? If "No," go to line 13 | | 12a | X | |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | | 12b | X | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe in Schedule O how this was done | | 12c | X | |
| 13 | Did the organization have a written whistleblower policy? | | 13 | X | |
| 14 | Did the organization have a written document retention and destruction policy? | | 14 | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | | |
| a | The organization's CEO, Executive Director, or top management official | | 15a | X | |
| b | Other officers or key employees of the organization | | 15b | | X |
|  | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions) | | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | | 16a | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | | 16b | | |

**Section C. Disclosure**

17 List the states with which a copy of this Form 990 is required to be filed ▶ **GA**

18 Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website ☐ Another's website ☒ Upon request ☒ Other *(explain in Schedule O)*

19 Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year

20 State the name, address, and telephone number of the person who possesses the organization's books and records ▶

**ETHICA HEALTH & RETIREMENT        1005 BOULDER DRIVE**
**GRAY                                      GA 31032        478-621-2100**

DAA                                                                                      Form **990** (2018)

Form 990 (2018) **RIVERVIEW HEALTH & REHABILITATION 58-0866101**                                                                    Page **7**

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII ☐

**Section A.    Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed  Report compensation for the calendar year ending with or within the organization's tax year

- List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation  Enter -0- in columns (D), (E), and (F) if no compensation was paid
- List all of the organization's **current** key employees, if any  See instructions for definition of "key employee "
- List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations
- List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations
- List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

List persons in the following order  individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons

☒ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A) Name and Title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) MONICA ANDERSON | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (2) HERBERT GRIFFIN | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (3) RAY TRUITT | 5.00 | | | | | | | | | |
| SECRETARY | 0.00 | X | | X | | | | 0 | 0 | 0 |
| (4) RICK GNANN, JR. | 10.00 | | | | | | | | | |
| PRESIDENT | 0.00 | X | | X | | | | 0 | 0 | 0 |
| (5) EDWARD STEPHENS | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (6) STEVE BOOKER | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (7) JESSE PETREA III | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (8) HELEN TAGGART | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (9) DEVIN BYRD | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (10) DEBRA HAGERTY | 5.00 | | | | | | | | | |
| VICE PRESIDENT | 0.00 | X | | X | | | | 0 | 0 | 0 |
| (11) DEE DEE SEAGRAVES | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |

DAA                                                                                                                                        Form **990** (2018)

Case 1:19-cv-04216-MLB Document 72 Filed 07/06/22 Page 199 of 248

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week<br>(list any<br>hours for<br>related<br>organizations<br>below dotted<br>line) | (C)<br>Position<br>(do not check more than one<br>box, unless person is both an<br>officer and a director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from<br>the<br>organization<br>(W-2/1099-MISC) | (E)<br>Reportable<br>compensation from<br>related<br>organizations<br>(W-2/1099-MISC) | (F)<br>Estimated<br>amount of<br>other<br>compensation<br>from the<br>organization<br>and related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(12) JENNIFER WRIGHT**<br><br>BOARD MEMBER | 0.50<br>0.00 | X | | | | | | 0 | 0 | 0 |
| **(13) BRAD WHITFIELD**<br><br>CFO | 10.00<br>0.00 | | | X | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**1b Sub-total** ▶

**c Total from continuation sheets to Part VII, Section A** ▶

**d Total (add lines 1b and 1c)** ▶

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶**0**

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* **4** | | X |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|---|
| ECP DISTRIBUTORS | 352 INDUSTRIAL BLVD | | |
| HAWKINSVILLE GA 31036 | | SUPPLIES & EQ | 546,604 |
| INTEGRA REHABILITATION | 213 3RD STREET | | |
| MACON GA 31201 | | THERAPY SERVICE | 512,672 |
| ETHICA HEALTH & RETIREMENT | 1005 BOULDER DRIVE | | |
| GRAY GA 31032 | | MANAGEMENT SERV | 440,316 |
| SUWANNEE MEDICAL PERSONNEL | 15 E. MONTGOMERY CROSSROADS, STE 204 | | |
| SAVANNAH GA 31406 | | AGENCY LABOR | 266,222 |
| ELDERCARE PHARMACY | 342 INDUSTRIAL BLVD #A | | |
| HAWKINSVILLE GA 31036 | | PHARMACY | 160,716 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ **5**

Form 990 (2018) **RIVERVIEW HEALTH & REHABILITATION  58-0866101** Page **9**

| Part VIII | Statement of Revenue |

Check if Schedule O contains a response or note to any line in this Part VIII ☐

| | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** | Federated campaigns | 1a | | | | |
| | **b** | Membership dues | 1b | | | | |
| | **c** | Fundraising events | 1c | | | | |
| | **d** | Related organizations | 1d | | | | |
| | **e** | Government grants (contributions) | 1e | | | | |
| | **f** | All other contributions, gifts, grants, and similar amounts not included above | 1f | | | | |
| | **g** | Noncash contributions included in lines 1a-1f $ | | | | | |
| | **h** | **Total. Add lines 1a–1f** ▶ | | | | | |
| **Program Service Revenue** | **2a** | PROGRAM SERVICE REVENUE | Busn Code 623000 | 10,380,805 | 10,380,805 | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | | | | | | |
| | **e** | | | | | | |
| | **f** | All other program service revenue | | | | | |
| | **g** | **Total. Add lines 2a–2f** ▶ | | 10,380,805 | | | |
| **Other Revenue** | **3** | Investment income (including dividends, interest, and other similar amounts) ▶ | | 185,190 | | | 185,190 |
| | **4** | Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** | Royalties ▶ | | | | | |
| | | | (i) Real | (ii) Personal | | | |
| | **6a** | Gross rents | 15,672 | | | | |
| | **b** | Less: rental exps | 15,793 | | | | |
| | **c** | Rental inc or (loss) | -121 | | | | |
| | **d** | Net rental income or (loss) ▶ | | -121 | -121 | | |
| | **7a** | Gross amount from sales of assets other than inventory | (i) Securities | (ii) Other | | | |
| | **b** | Less: cost or other basis & sales exps | | | | | |
| | **c** | Gain or (loss) | | | | | |
| | **d** | Net gain or (loss) ▶ | | | | | |
| | **8a** | Gross income from fundraising events (not including $ of contributions reported on line 1c) See Part IV, line 18 | a | | | | |
| | **b** | Less: direct expenses | b | | | | |
| | **c** | Net income or (loss) from fundraising events ▶ | | | | | |
| | **9a** | Gross income from gaming activities See Part IV, line 19 | a | | | | |
| | **b** | Less: direct expenses | b | | | | |
| | **c** | Net income or (loss) from gaming activities ▶ | | | | | |
| | **10a** | Gross sales of inventory, less returns and allowances | a | | | | |
| | **b** | Less: cost of goods sold | b | | | | |
| | **c** | Net income or (loss) from sales of inventory ▶ | | | | | |
| | | Miscellaneous Revenue | Busn Code | | | | |
| | **11a** | OTHER REVENUE | 900099 | 241,377 | 241,377 | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | All other revenue | | | | | |
| | **e** | **Total. Add lines 11a–11d** ▶ | | 241,377 | | | |
| | **12** | **Total revenue. See instructions** ▶ | | 10,807,251 | 10,622,061 | 0 | 185,190 |

DAA

Form **990** (2018)

Form 990 (2018)  **RIVERVIEW HEALTH & REHABILITATION  58-0866101**  Page **10**

| Part IX | Statement of Functional Expenses |

Section 501(c)(3) and 501(c)(4) organizations must complete all columns  All other organizations must complete column (A)

Check if Schedule O contains a response or note to any line in this Part IX ........................  ☒

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments  See Part IV, line 21 | | | | |
| **2** Grants and other assistance to domestic individuals  See Part IV, line 22 | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals  See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 5,757,741 | 4,896,913 | 860,828 | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 26,323 | 22,319 | 4,004 | |
| **9** Other employee benefits | 864,481 | 799,667 | 64,814 | |
| **10** Payroll taxes | 423,314 | 361,840 | 61,474 | |
| **11** Fees for services (non-employees) | | | | |
| **a** Management | 412,134 | | 412,134 | |
| **b** Legal | 18,130 | | 18,130 | |
| **c** Accounting | 28,200 | | 28,200 | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services  See Part IV, line 17 | | | | |
| **f** Investment management fees | | | | |
| **g** Other  (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O ) | 1,419,700 | 1,163,182 | 256,518 | |
| **12** Advertising and promotion | 13,516 | 13,516 | | |
| **13** Office expenses | 31,067 | | 31,067 | |
| **14** Information technology | | | | |
| **15** Royalties | | | | |
| **16** Occupancy | 311,962 | 311,962 | | |
| **17** Travel | 15,064 | 15,064 | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | 6,714 | | 6,714 | |
| **20** Interest | 173,663 | 173,663 | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 481,005 | 481,005 | | |
| **23** Insurance | 318,850 | 318,850 | | |
| **24** Other expenses  Itemize expenses not covered above (List miscellaneous expenses in line 24e  If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O ) | | | | |
| **a** ALL OTHER EXPENSES | 666,656 | 578,121 | 88,535 | |
| **b** DIETARY SUPPLIES | 357,591 | 357,591 | | |
| **c** PHARMACY SUPPLIES | 271,199 | 271,199 | | |
| **d** NURSING SUPPLIES | 107,152 | 107,152 | | |
| **e** All other expenses | 47,952 | 47,952 | | |
| **25** Total functional expenses. Add lines 1 through 24e | 11,752,414 | 9,919,996 | 1,832,418 | 0 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation  Check here ▶ ☐  if following SOP 98-2 (ASC 958-720) | | | | |

DAA

Form **990** (2018)

Form 990 (2018) **RIVERVIEW HEALTH & REHABILITATION 58-0866101** Page **11**

| **Part X** | **Balance Sheet** | | | | | |
|---|---|---|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part X

| | | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|---|
| | **1** | Cash—non-interest bearing | | 2,231,146 | **1** | 1,491,317 |
| | **2** | Savings and temporary cash investments | | 128,605 | **2** | 129,119 |
| | **3** | Pledges and grants receivable, net | | | **3** | |
| | **4** | Accounts receivable, net | | 1,196,588 | **4** | 1,093,499 |
| | **5** | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees Complete Part II of Schedule L | | | **5** | |
| | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions) Complete Part II of Schedule L | | | **6** | |
| **Assets** | **7** | Notes and loans receivable, net | | | **7** | |
| | **8** | Inventories for sale or use | | | **8** | |
| | **9** | Prepaid expenses and deferred charges | | 137,918 | **9** | 86,984 |
| | **10a** | Land, buildings, and equipment cost or other basis Complete Part VI of Schedule D | **10a** 21,596,374 | | | |
| | **b** | Less accumulated depreciation | **10b** 7,040,129 | 9,611,630 | **10c** | 14,556,245 |
| | **11** | Investments—publicly traded securities | | 3,068,054 | **11** | 3,252,728 |
| | **12** | Investments—other securities See Part IV, line 11 | | | **12** | |
| | **13** | Investments—program-related See Part IV, line 11 | | | **13** | |
| | **14** | Intangible assets | | | **14** | |
| | **15** | Other assets See Part IV, line 11 | | | **15** | |
| | **16** | **Total assets.** Add lines 1 through 15 (must equal line 34) | | 16,373,941 | **16** | 20,609,892 |
| | **17** | Accounts payable and accrued expenses | | 1,314,536 | **17** | 1,347,243 |
| | **18** | Grants payable | | | **18** | |
| | **19** | Deferred revenue | | | **19** | |
| | **20** | Tax-exempt bond liabilities | | | **20** | |
| | **21** | Escrow or custodial account liability Complete Part IV of Schedule D | | | **21** | |
| **Liabilities** | **22** | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons Complete Part II of Schedule L | | | **22** | |
| | **23** | Secured mortgages and notes payable to unrelated third parties | | 8,521,785 | **23** | 13,670,192 |
| | **24** | Unsecured notes and loans payable to unrelated third parties | | | **24** | |
| | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24) Complete Part X of Schedule D | | | **25** | |
| | **26** | **Total liabilities.** Add lines 17 through 25 | | 9,836,321 | **26** | 15,017,435 |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117 (ASC 958), check here** ▶ ☒ **and complete lines 27 through 29, and lines 33 and 34.** | | | | |
| | **27** | Unrestricted net assets | | 6,537,620 | **27** | 5,592,457 |
| | **28** | Temporarily restricted net assets | | | **28** | |
| | **29** | Permanently restricted net assets | | | **29** | |
| | | **Organizations that do not follow SFAS 117 (ASC 958), check here** ▶ ☐ **and complete lines 30 through 34.** | | | | |
| | **30** | Capital stock or trust principal, or current funds | | | **30** | |
| | **31** | Paid-in or capital surplus, or land, building, or equipment fund | | | **31** | |
| | **32** | Retained earnings, endowment, accumulated income, or other funds | | | **32** | |
| | **33** | Total net assets or fund balances | | 6,537,620 | **33** | 5,592,457 |
| | **34** | Total liabilities and net assets/fund balances | | 16,373,941 | **34** | 20,609,892 |

Form **990** (2018)

DAA

Form 990 (2018) **RIVERVIEW HEALTH & REHABILITATION 58-0866101** Page **12**

## Part XI  Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI ........................................ ☒

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | **1** | **10,807,251** |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | **2** | **11,752,414** |
| 3 | Revenue less expenses  Subtract line 2 from line 1 | **3** | **-945,163** |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) | **4** | **6,537,620** |
| 5 | Net unrealized gains (losses) on investments | **5** | |
| 6 | Donated services and use of facilities | **6** | |
| 7 | Investment expenses | **7** | |
| 8 | Prior period adjustments | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) | **9** | |
| 10 | Net assets or fund balances at end of year  Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | **10** | **5,592,457** |

## Part XII  Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII ........................................ ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990  ☐ Cash  ☒ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | **X** |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both | | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? | **2b** | **X** | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both | | | |
| | ☒ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | **X** | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | **X** |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | **3b** | | |

Form **990** (2018)

DAA

**SCHEDULE A**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.

▶ Attach to Form 990 or Form 990-EZ.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No 1545-0047

**2018**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| RIVERVIEW HEALTH & REHABILITATION CENTER, INC. | 58-0866101 |

## Part I   Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is (For lines 1 through 12, check only one box )

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ) )

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II )

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II )

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II )

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions) Enter the name, city, and state of the college or university

10 ☒ An organization that normally receives (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975 See **section 509(a)(2).** (Complete Part III )

11 ☐ An organization organized and operated exclusively to test for public safety See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2). See section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s) **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions) **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions) **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization

f   Enter the number of supported organizations

g   Provide the following information about the supported organization(s)

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? Yes | No | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| **(A)** | | | | | | |
| **(B)** | | | | | | |
| **(C)** | | | | | | |
| **(D)** | | | | | | |
| **(E)** | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.

Schedule A (Form 990 or 990-EZ) 2018

DAA

Schedule A (Form 990 or 990-EZ) 2018  **RIVERVIEW HEALTH & REHABILITATION  58-0866101**  Page **2**

**Part II** **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

**Section A. Public Support**

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2014 | **(b)** 2015 | **(c)** 2016 | **(d)** 2017 | **(e)** 2018 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4 | | | | | | |

**Section B. Total Support**

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2014 | **(b)** 2015 | **(c)** 2016 | **(d)** 2017 | **(e)** 2018 | **(f)** Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| **10** Other income Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |

| | | |
|---|---|---|
| **12** Gross receipts from related activities, etc (see instructions) | **12** | |

**13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ▶ ☐

**Section C. Computation of Public Support Percentage**

| | | | |
|---|---|---|---|
| **14** Public support percentage for 2018 (line 6, column (f) divided by line 11, column (f)) | **14** | | % |
| **15** Public support percentage from 2017 Schedule A, Part II, line 14 | **15** | | % |

**16a** **33 1/3% support test—2018.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**b** **33 1/3% support test—2017.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**17a** **10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly supported organization ▶ ☐

**b** **10%-facts-and-circumstances test—2017.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly supported organization ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2018

DAA

Schedule A (Form 990 or 990-EZ) 2018   **RIVERVIEW HEALTH & REHABILITATION   58-0866101**   Page **3**

**Part III** **Support Schedule for Organizations Described in Section 509(a)(2)**
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II
If the organization fails to qualify under the tests listed below, please complete Part II )

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 13,968,167 | 14,292,336 | 13,406,393 | 10,549,944 | 10,637,854 | 62,854,694 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | 13,968,167 | 14,292,336 | 13,406,393 | 10,549,944 | 10,637,854 | 62,854,694 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| **c** Add lines 7a and 7b | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6 ) | | | | | | 62,854,694 |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | 13,968,167 | 14,292,336 | 13,406,393 | 10,549,944 | 10,637,854 | 62,854,694 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 32,918 | 26,608 | 26,150 | 50,875 | 185,190 | 321,741 |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | 32,918 | 26,608 | 26,150 | 50,875 | 185,190 | 321,741 |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income  Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | 53,849 | 59,259 | | | | 113,108 |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12 ) | 14,054,934 | 14,378,203 | 13,432,543 | 10,600,819 | 10,823,044 | 63,289,543 |

**14** First five years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2018 (line 8, column (f), divided by line 13, column (f)) | **15** | 99.31 % |
| **16** Public support percentage from 2017 Schedule A, Part III, line 15 | **16** | 99.53 % |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for 2018 (line 10c, column (f), divided by line 13, column (f)) | **17** | 1 % |
| **18** Investment income percentage from 2017 Schedule A, Part III, line 17 | **18** | % |

**19a** **33 1/3% support tests—2018.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☒

**b** **33 1/3% support tests—2017.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2018

DAA

Schedule A (Form 990 or 990-EZ) 2018   **RIVERVIEW HEALTH & REHABILITATION  58-0866101**   Page 4

## Part IV  Supporting Organizations
(Complete only if you checked a box in line 12 on Part I. If you checked 12a of Part I, complete Sections A and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

### Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Are all of the organization's supported organizations listed by name in the organization's governing documents? If "No," describe in Part VI how the supported organizations are designated If designated by class or purpose, describe the designation If historic and continuing relationship, explain **1** | | |
| 2 | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? If "Yes," explain in Part VI how the organization determined that the supported organization was described in section 509(a)(1) or (2) **2** | | |
| 3a | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? If "Yes," answer (b) and (c) below **3a** | | |
| b | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? If "Yes," describe in Part VI when and how the organization made the determination **3b** | | |
| c | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? If "Yes," explain in Part VI what controls the organization put in place to ensure such use **3c** | | |
| 4a | Was any supported organization not organized in the United States ("foreign supported organization")? If "Yes," and if you checked 12a or 12b in Part I, answer (b) and (c) below **4a** | | |
| b | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? If "Yes," describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations **4b** | | |
| c | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? If "Yes," explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes **4c** | | |
| 5a | Did the organization add, substitute, or remove any supported organizations during the tax year? If "Yes," answer (b) and (c) below (if applicable) Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed, (ii) the reasons for each such action, (iii) the authority under the organization's organizing document authorizing such action, and (iv) how the action was accomplished (such as by amendment to the organizing document) **5a** | | |
| b | Type I or Type II only. Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| c | Substitutions only. Was the substitution the result of an event beyond the organization's control? **5c** | | |
| 6 | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? If "Yes," provide detail in Part VI. **6** | | |
| 7 | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ) **7** | | |
| 8 | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ) **8** | | |
| 9a | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? If "Yes," provide detail in Part VI. **9a** | | |
| b | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? If "Yes," provide detail in Part VI. **9b** | | |
| c | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? If "Yes," provide detail in Part VI. **9c** | | |
| 10a | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? If "Yes," answer 10b below **10a** | | |
| b | Did the organization have any excess business holdings in the tax year? (Use Schedule C, Form 4720, to determine whether the organization had excess business holdings ) **10b** | | |

Schedule A (Form 990 or 990-EZ) 2018

DAA

Schedule A (Form 990 or 990-EZ) 2018   **RIVERVIEW HEALTH & REHABILITATION   58-0866101**   Page 5

## Part IV · Supporting Organizations *(continued)*

| | | Yes | No |
|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | |
| a | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? | 11a | |
| b | A family member of a person described in (a) above? | 11b | |
| c | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in Part VI.* | 11c | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year* | 1 | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization* | 2 | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s)* | 1 | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | 1 | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s)* | 2 | |
| 3 | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard* | 3 | |

### Section E. Type III Functionally-Integrated Supporting Organizations

| | |
|---|---|
| 1 | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year (see instructions)* |
| a | ☐ The organization satisfied the Activities Test *Complete line 2 below* |
| b | ☐ The organization is the parent of each of its supported organizations *Complete line 3 below* |
| c | ☐ The organization supported a governmental entity *Describe in Part VI how you supported a government entity (see instructions)* |

| | | Yes | No |
|---|---|---|---|
| 2 | **Activities Test** *Answer (a) and (b) below.* | | |
| a | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities* | 2a | |
| b | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement* | 2b | |
| 3 | **Parent of Supported Organizations** *Answer (a) and (b) below.* | | |
| a | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.* | 3a | |
| b | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If "Yes," describe in Part VI the role played by the organization in this regard* | 3b | |

DAA

Schedule A (Form 990 or 990-EZ) 2018   **RIVERVIEW HEALTH & REHABILITATION  58-0866101**   Page 6

## Part V  Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

1  ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov 20, 1970 (explain in Part VI)  **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1  Net short-term capital gain | 1 | | |
| 2  Recoveries of prior-year distributions | 2 | | |
| 3  Other gross income (see instructions) | 3 | | |
| 4  Add lines 1 through 3 | 4 | | |
| 5  Depreciation and depletion | 5 | | |
| 6  Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7  Other expenses (see instructions) | 7 | | |
| 8  **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1  Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year) | | | |
| a  Average monthly value of securities | 1a | | |
| b  Average monthly cash balances | 1b | | |
| c  Fair market value of other non-exempt-use assets | 1c | | |
| d  **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| e  Discount claimed for blockage or other factors (explain in detail in **Part VI**) | | | |
| 2  Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| 3  Subtract line 2 from line 1d | 3 | | |
| 4  Cash deemed held for exempt use  Enter 1-1/2% of line 3 (for greater amount, see instructions) | 4 | | |
| 5  Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6  Multiply line 5 by 035 | 6 | | |
| 7  Recoveries of prior-year distributions | 7 | | |
| 8  **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| 1  Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| 2  Enter 85% of line 1 | 2 | | |
| 3  Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| 4  Enter greater of line 2 or line 3 | 4 | | |
| 5  Income tax imposed in prior year | 5 | | |
| 6  **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | | |

7  ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions)

**Schedule A (Form 990 or 990-EZ) 2018**

DAA

Schedule A (Form 990 or 990-EZ) 2018    **RIVERVIEW HEALTH & REHABILITATION   58-0866101**    Page 7

**Part V**   Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| | Section D - Distributions | Current Year |
|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | |
| 4 | Amounts paid to acquire exempt-use assets | |
| 5 | Qualified set-aside amounts (prior IRS approval required) | |
| 6 | Other distributions (describe in **Part VI**) See instructions | |
| 7 | **Total annual distributions.** Add lines 1 through 6 | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**) See instructions | |
| 9 | Distributable amount for 2018 from Section C, line 6 | |
| 10 | Line 8 amount divided by line 9 amount | |

| | Section E - Distribution Allocations (see instructions) | (i) Excess Distributions | (ii) Underdistributions Pre-2018 | (iii) Distributable Amount for 2018 |
|---|---|---|---|---|
| 1 | Distributable amount for 2018 from Section C, line 6 | | | |
| 2 | Underdistributions, if any, for years prior to 2018 (reasonable cause required-explain in **Part VI**) See instructions | | | |
| 3 | Excess distributions carryover, if any, to 2018 | | | |
| a | From 2013 | | | |
| b | From 2014 | | | |
| c | From 2015 | | | |
| d | From 2016 | | | |
| e | From 2017 | | | |
| f | **Total** of lines 3a through e | | | |
| g | Applied to underdistributions of prior years | | | |
| h | Applied to 2018 distributable amount | | | |
| i | Carryover from 2013 not applied (see instructions) | | | |
| j | Remainder Subtract lines 3g, 3h, and 3i from 3f | | | |
| 4 | Distributions for 2018 from  Section D, line 7            $ | | | |
| a | Applied to underdistributions of prior years | | | |
| b | Applied to 2018 distributable amount | | | |
| c | Remainder Subtract lines 4a and 4b from 4 | | | |
| 5 | Remaining underdistributions for years prior to 2018, if any Subtract lines 3g and 4a from line 2 For result greater than zero, explain in **Part VI** See instructions | | | |
| 6 | Remaining underdistributions for 2018 Subtract lines 3h and 4b from line 1 For result greater than zero, explain in **Part VI** See instructions | | | |
| 7 | **Excess distributions carryover to 2019.** Add lines 3j and 4c | | | |
| 8 | Breakdown of line 7 | | | |
| a | Excess from 2014 | | | |
| b | Excess from 2015 | | | |
| c | Excess from 2016 | | | |
| d | Excess from 2017 | | | |
| e | Excess from 2018 | | | |

**Schedule A (Form 990 or 990-EZ) 2018**

DAA

Schedule A (Form 990 or 990-EZ) 2018    **RIVERVIEW HEALTH & REHABILITATION  58-0866101**    Page 8

**Part VI**  **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b, Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.)

**PART III, LINE 12 - OTHER INCOME DETAIL**

**MEALS, VENDING & OTHER MISC INCOME    $      113,108**

Schedule A (Form 990 or 990-EZ) 2018

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

▶ Complete if the organization answered "Yes" on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2018**

Open to Public
Inspection

Name of the organization

RIVERVIEW HEALTH & REHABILITATION
CENTER, INC.

Employer identification number

58-0866101

| Part I | Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts. |
| --- | --- |

Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
| --- | --- | --- | --- |
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised
funds are the organization's property, subject to the organization's exclusive legal control? ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used
only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose
conferring impermissible private benefit? ☐ Yes ☐ No

| Part II | Conservation Easements. |
| --- | --- |

Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply)

☐ Preservation of land for public use (e g , recreation or education)  ☐ Preservation of a historically important land area
☐ Protection of natural habitat  ☐ Preservation of a certified historic structure
☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year

| | | | Held at the End of the Tax Year |
| --- | --- | --- | --- |
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ▶

4 Number of states where property subject to conservation easement is located ▶

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets. |
| --- | --- |

Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet
works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of
public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items

b If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet
works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of
public service, provide the following amounts relating to these items

(i) Revenue included on Form 990, Part VIII, line 1 ▶ $

(ii) Assets included in Form 990, Part X ▶ $

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under SFAS 116 (ASC 958) relating to these items

a Revenue included on Form 990, Part VIII, line 1 ▶ $

b Assets included in Form 990, Part X ▶ $

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

DAA

Schedule D (Form 990) 2018

Schedule D (Form 990) 2018  **RIVERVIEW HEALTH & REHABILITATION   58-0866101**                                    Page **2**

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |
|---|---|

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply)

**a** ☐ Public exhibition          **d** ☐ Loan or exchange programs

**b** ☐ Scholarly research          **e** ☐ Other

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar

assets to be sold to raise funds rather than to be maintained as part of the organization's collection?        ☐ Yes  ☐ No

| Part IV | Escrow and Custodial Arrangements. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not

included on Form 990, Part X?        ☒ Yes  ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table

|  |  | Amount |
|---|---|---|
| **c** Beginning balance | **1c** | 42,368 |
| **d** Additions during the year | **1d** | 871,048 |
| **e** Distributions during the year | **1e** | 872,693 |
| **f** Ending balance | **1f** | 40,723 |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability?   ☐ Yes  ☒ No

**b** If "Yes," explain the arrangement in Part XIII  Check here if the explanation has been provided on Part XIII   ☐

| Part V | Endowment Funds. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance |  |  |  |  |  |
| **b** Contributions |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses |  |  |  |  |  |
| **d** Grants or scholarships |  |  |  |  |  |
| **e** Other expenditures for facilities and programs |  |  |  |  |  |
| **f** Administrative expenses |  |  |  |  |  |
| **g** End of year balance |  |  |  |  |  |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as

**a** Board designated or quasi-endowment ▶        %

**b** Permanent endowment ▶        %

**c** Temporarily restricted endowment ▶        %

The percentages on lines 2a, 2b, and 2c should equal 100%

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by

|  |  | Yes | No |
|---|---|---|---|
| **(i)** unrelated organizations | **3a(i)** |  |  |
| **(ii)** related organizations | **3a(ii)** |  |  |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? | **3b** |  |  |

**4** Describe in Part XIII the intended uses of the organization's endowment funds

| Part VI | Land, Buildings, and Equipment. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land | 50,000 | 989,282 |  | 1,039,282 |
| **b** Buildings | 194,000 | 13,516,798 | 4,416,516 | 9,294,282 |
| **c** Leasehold improvements |  | 23,916 | 23,916 |  |
| **d** Equipment |  | 6,822,378 | 2,599,697 | 4,222,681 |
| **e** Other |  |  |  |  |

**Total.** Add lines 1a through 1e  *(Column (d) must equal Form 990, Part X, column (B), line 10c )*        ▶  | 14,556,245 |

Schedule D (Form 990) 2018

DAA

Schedule D (Form 990) 2018   RIVERVIEW HEALTH & REHABILITATION   58-0866101                    Page **3**

## Part VII    Investments—Other Securities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 12 ) ▶ | | |

## Part VIII    Investments—Program Related.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 13 ) ▶ | | |

## Part IX    Other Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 15 ) ▶ | |

## Part X    Other Liabilities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f See Form 990, Part X, line 25.

| 1.    (a) Description of liability | (b) Book value | |
|---|---|---|
| (1)   Federal income taxes | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col (B) line 25 ) ▶ | | |

**2.** Liability for uncertain tax positions In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740) Check here if the text of the footnote has been provided in Part XIII ☐

DAA

Schedule D (Form 990) 2018  **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                    Page **4**

## Part XI   Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.
Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---:|
| 1 | Total revenue, gains, and other support per audited financial statements | | **1** | 10,823,044 |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | | |
| a | Net unrealized gains (losses) on investments | **2a** | | |
| b | Donated services and use of facilities | **2b** | | |
| c | Recoveries of prior year grants | **2c** | | |
| d | Other (Describe in Part XIII ) | **2d** | 15,793 | |
| e | Add lines 2a through 2d | | **2e** | 15,793 |
| 3 | Subtract line 2e from line 1 | | **3** | 10,807,251 |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1 | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | |
| b | Other (Describe in Part XIII ) | **4b** | | |
| c | Add lines 4a and 4b | | **4c** | |
| 5 | Total revenue Add lines 3 and 4c. (This must equal Form 990, Part I, line 12 ) | | **5** | 10,807,251 |

## Part XII   Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.
Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---:|
| 1 | Total expenses and losses per audited financial statements | | **1** | 11,768,207 |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | | |
| a | Donated services and use of facilities | **2a** | | |
| b | Prior year adjustments | **2b** | | |
| c | Other losses | **2c** | | |
| d | Other (Describe in Part XIII ) | **2d** | 15,793 | |
| e | Add lines 2a through 2d | | **2e** | 15,793 |
| 3 | Subtract line 2e from line 1 | | **3** | 11,752,414 |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1 | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | |
| b | Other (Describe in Part XIII ) | **4b** | | |
| c | Add lines 4a and 4b | | **4c** | |
| 5 | Total expenses Add lines 3 and 4c. (This must equal Form 990, Part I, line 18 ) | | **5** | 11,752,414 |

## Part XIII   Supplemental Information.

Provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part IV, lines 1b and 2b, Part V, line 4, Part X, line 2, Part XI, lines 2d and 4b, and Part XII, lines 2d and 4b  Also complete this part to provide any additional information

**PART IV, LINE 1B – EXPLANATION FOR UNREPORTED CONTRIBUTIONS OR ASSETS**

**THE ORGANIZATION MAINTAINS A RESIDENT TRUST FUND ACCOUNT FOR THE BENEFIT O**

**ITS RESIDENTS.  THE RESIDENTS MAKE DEPOSITS TO THE ACCOUNT AND REQUEST**

**CHECKS AND/OR WITHDRAWELS WHEN NEEDED.  THE RESIDENT TRUST FUND ACCOUNT IS**

**MAINTAINED IN THE ORGANIZATION'S NAME.  THE TRUST FUND ACCOUNT IS NOT**

**INCUDED ON FORM 990, PART X.  IF IT WERE, THERE WOULD BE A CORRESPONDING**

**LIABITY SINCE THE FUNDS ARE THE RESIDENTS.  THERE IS NO AFFECT ON NET**

**ASSETS DUE TO THIS.**


**PART XI, LINE 2D – REVENUE AMOUNTS INCLUDED IN FINANCIALS – OTHER**

**RENTAL PROPERTY TAXES IN EXPENSE ON F/S                    $        6,834**

**RENTAL PROPERTY DEPRECIATION IN EXPENSE ON F/S             $        8,959**

DAA

Schedule D (Form 990) 2018  **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                 Page **5**
**Part XIII**   **Supplemental Information** *(continued)*

PART XII, LINE 2D - EXPENSE AMOUNTS INCLUDED IN FINANCIALS - OTHER

RENTAL PROPERTY TAXES IN EXPENSE ON F/S                    $        6,834

RENTAL PROPERTY DEPRECIATION IN EXPENSE ON F/S            $        8,959

DAA

**SCHEDULE O**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No 1545-0047

**2018**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| RIVERVIEW HEALTH & REHABILITATION CENTER, INC. | 58-0866101 |

FORM 990, PART VI, LINE 3 - MANAGEMENT DELEGATED

THE ORGANIZATION IS MANAGED BY AN UNRELATED THIRD PARTY.  UNDER TERMS OF

THE MANAGEMENT CONTRACT, THE MANAGEMENT COMPANY PROVIDES A FACILITY

ADMINISTRATOR, CLINICAL AND ACCOUNTING SERVICES, AND ANY OTHER SUCH

SERVICES AS DEEMED NECESSARY.


FORM 990, PART VI, LINE 11B - ORGANIZATION'S PROCESS TO REVIEW FORM 990

MANAGEMENT REVIEWS FORM 990 WITH THE PREPARER PRIOR TO FILING.  FORM 990 IS

NOT SENT TO THE ENTIRE GOVERNING BODY PRIOR TO FILING.


FORM 990, PART VI, LINE 12C - ENFORCEMENT OF CONFLICTS POLICY

THE BOARD IS CONGNIZANT OF ANY POTENTIAL CONFLICTS OF INTEREST AND

QUESTIONS DIRECTORS ANNUALLY, OR MORE FREQUENTLY IF NEEDED, ABOUT ANY

POTENTIAL CONFLICTS.


FORM 990, PART VI, LINE 15A - COMPENSATION PROCESS FOR TOP OFFICIAL

THE EXECUTIVE DIRECTOR'S SALARY IS SET BY THE BOARD OF DIRECTORS AND IS

REVIEWED ANNUALLY, BASED ON PERFORMANCE.  THE EXECUTIVE DIRECTOR IS

CONSIDERED TO BE THE TOP MANAGEMENT OFFICIAL CARRYING OUT THE BOARD'S

POLICIES.  THE FACILITY ADMINISTRATOR IS EMPLOYED BY AND PAID THROUGH THE

THIRD-PARTY MANAGEMENT COMPANY.


FORM 990, PART VI, LINE 18 - NO PUBLIC DISCLOSURE EXPLANATION

THE ORGANIZATION'S FORM 1023 AND FORM 990 ARE MADE AVAILABLE TO THE PUBLIC

AT THE ORGANIZATION'S OFFICES UPON REQUEST.

Schedule O (Form 990 or 990-EZ) (2018)                                                                Page **2**

| Name of the organization | Employer identification number |
|---|---|
| **RIVERVIEW HEALTH & REHABILITATION** | **58-0866101** |

FORM 990, PART VI, LINE 19 - GOVERNING DOCUMENTS DISCLOSURE EXPLANATION

THE ORGANIZATION'S GOVERNING DOCUMENTS, CONFLICT OF INTEREST POLICY AND

FINANCIAL STATEMENTS ARE MADE AVAILABLE TO THE PUBLIC AT THE ORGANIZATION':

OFFICES UPON REQUEST.


FORM 990, PART IX, LINE 11G - OTHER FEES FOR SERVICES

DESCRIPTION

| | TOT/PROG SERVICE | MGT & GENERAL | FUNDRAISING |
|---|---|---|---|
| AGENCY LABOR | | | |
| | $ 454,348 | $ 0 | $ 0 |
| CONTRACT SERVICES | | | |
| | $ 156,078 | $ 165,605 | $ 0 |
| THERAPY SERVICES | | | |
| | $ 552,756 | $ 0 | $ 0 |
| OTHER ADMINISTRATIVE | | | |
| | $ 0 | $ 90,913 | $ 0 |
| TOTAL | | | |
| | $ 1,163,182 | $ 256,518 | $ 0 |


FORM 990, PART XI, LINE 9 - OTHER CHANGES IN NET ASSETS EXPLANATION

| | |
|---|---|
| RENTAL PROPERTY TAXES IN EXPENSE ON F/S | $ 6,834 |
| RENTAL PROPERTY DEPRECIATION IN EXPENSE ON F/S | $ 8,959 |
| RENTAL PROPERTY TAXES IN EXPENSE ON F/S | $ -6,834 |
| RENTAL PROPERTY DEPRECIATION IN EXPENSE ON F/S | $ -8,959 |

Schedule O (Form 990 or 990-EZ) (2018)

DAA

# EXHIBIT FFF

2019432194900 1   4228615

Form **990**
(Rev January 2020)
Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No 1545-0047

**2019**

Open to Public
Inspection

**A** For the 2019 calendar year, or tax year beginning **07/01/19** , and ending **06/30/20**

| B Check if applicable | C Name of organization | | D Employer identification number |
|---|---|---|---|
| ☐ Address change | RIVERVIEW HEALTH & REHABILITATION CENTER, INC. | | |
| ☐ Name change | Doing business as | | **58-0866101** |
| ☐ Initial return | Number and street (or P O box if mail is not delivered to street address) | Room/suite | E Telephone number |
| ☐ Final return/ terminated | 6711 LAROCHE AVENUE | | **912-790-3225** |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | | |
| ☐ Application pending | SAVANNAH   GA 31406 | | G Gross receipts $ **14,220,603** |

| F Name and address of principal officer | |
|---|---|
| JO LUCKE | |
| 6711 LAROCHE AVENUE | |
| SAVANNAH   GA 31406 | |

**H(a)** Is this a group return for subordinates ☐ Yes ☒ No

**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list (see instructions)

**I** Tax-exempt status ☒ 501(c)(3)  ☐ 501(c) (   ) ◀(insert no )  ☐ 4947(a)(1) or  ☐ 527

**J** Website ▶ **WWW.RIVERVIEWHEALTH.NET**

**H(c)** Group exemption number ▶

**K** Form of organization ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ **L** Year of formation **1963** **M** State of legal domicile **GA**

## Part I   Summary

| | | | |
|---|---|---|---|
| **Activities & Governance** | **1** Briefly describe the organization's mission or most significant activities THE ORGANIZATION'S MISSION IS TO PROVIDE LONG-TERM CARE AT A REASONBLE PRICE TO THE ELDERLY IN SOUTHEAST GEORGIA, SPECIFICALLY THE RESIDENTS OF CHATHAM COUNTY, GEORGIA. | | |
| | **2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets | | |
| | **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 14 |
| | **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 14 |
| | **5** Total number of individuals employed in calendar year 2019 (Part V, line 2a) | **5** | 307 |
| | **6** Total number of volunteers (estimate if necessary) | **6** | 88 |
| | **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| | **b** Net unrelated business taxable income from Form 990-T, line 39 | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **Revenue** | **8** Contributions and grants (Part VIII, line 1h) | | 500,296 |
| | **9** Program service revenue (Part VIII, line 2g) | 10,380,805 | 13,567,672 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 185,190 | 38,837 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 241,256 | 99,662 |
| | **12** Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 10,807,251 | 14,206,467 |
| **Expenses** | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3) | | 0 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) | | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 7,071,859 | 8,161,701 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶ 0 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 4,680,555 | 6,912,134 |
| | **18** Total expenses Add lines 13–17 (must equal Part IX, column (A), line 25) | 11,752,414 | 15,073,835 |
| | **19** Revenue less expenses Subtract line 18 from line 12 | -945,163 | -867,368 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **Net Assets or Fund Balances** | **20** Total assets (Part X, line 16) | 20,609,892 | 20,804,835 |
| | **21** Total liabilities (Part X, line 26) | 15,017,435 | 16,079,746 |
| | **22** Net assets or fund balances Subtract line 21 from line 20 | 5,592,457 | 4,725,089 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | ▶ Signature of officer | | | Date | |
|---|---|---|---|---|---|
| | ▶ ALBERT GRANDY | | TREASURER | | |
| | Type or print name and title | | | | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | W. MITCH GREER | | 12-28-20 | | P01244956 |
| | Firm's name ▶ MCNAIR, MCLEMORE, MIDDLEBROOKS & CO., LLC | | | Firm's EIN ▶ 58-1094351 | |
| | Firm's address ▶ POST OFFICE BOX ONE MACON, GA  31202-0001 | | | Phone no 478-746-6277 | |

May the IRS discuss this return with the preparer shown above? (see instructions)  ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.

DAA

Form **990** (2019)

RECEIVED
FEB 04 2021
OGDEN, UT
IRS-OSC

Form 990 (2019) **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                                  Page **2**

**Part III**     **Statement of Program Service Accomplishments**

Check if Schedule O contains a response or note to any line in this Part III                              ☐

**1**   Briefly describe the organization's mission

**THE ORGANIZATION'S MISSION IS TO PROVIDE LONG-TERM CARE AT A REASONBLE PRICE TO THE ELDERLY IN SOUTHEAST GEORGIA, SPECIFICALLY THE RESIDENTS OF CHATHAM COUNTY, GEORGIA.**

**2**   Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ?                                                                        ☐ Yes  ☒ No

If "Yes," describe these new services on Schedule O

**3**   Did the organization cease conducting, or make significant changes in how it conducts, any program
services?                                                                                        ☐ Yes  ☒ No

If "Yes," describe these changes on Schedule O

**4**   Describe the organization's program service accomplishments for each of its three largest program services, as measured by
expenses  Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others,
the total expenses, and revenue, if any, for each program service reported

**4a** (Code             ) (Expenses $     **13,262,419**  including grants of$              ) (Revenue $     **13,567,672** )

**RIVERVIEW HEALTH & REHABILITATION CENTER, INC. OPERATES A 190-BED SKILLED NURSING FACILITY LOCATED IN SAVANNAH, GEORGIA.   THE ORGANIZATION'S PRIMARY PURPOSE IS TO PROVIDE SKILLED NURSING HOME CARE, INCLUDING REHABILITATION SERVICES, FOR THE ELDERLY.   ALL EXPENSES ARE RELATED TO THE COST OF CARE FOR ELDERLY PATIENTS.**

**4b** (Code             ) (Expenses $              including grants of$              ) (Revenue $              )
**N/A**

**4c** (Code             ) (Expenses $              including grants of$              ) (Revenue $              )
**N/A**

**4d**  Other program services (Describe on Schedule O )
(Expenses $              including grants of$              ) (Revenue $              )

**4e**  Total program service expenses ▶      **13,262,419**

DAA                                                                                                Form **990** (2019)

$ADO$

Form 990 (2019) RIVERVIEW HEALTH & REHABILITATION  58-0866101                    Page **3**

**Part IV    Checklist of Required Schedules**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes,"* complete Schedule A | **1** | X | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | **2** | | X |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | X |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | X |
| **9** | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | X | |
| **10** | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | X | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | X |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | X |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | X | |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | X |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | | X |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | | X |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | X |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) | **17** | | X |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | X |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | X |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | X |

Form 990 (2019) RIVERVIEW HEALTH & REHABILITATION  58-0866101                                Page 4

**Part IV**   Checklist of Required Schedules *(continued)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | 22 |  | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | 23 |  | X |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K If "No," go to line 25a* | 24a |  | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | 24b |  |  |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | 24c |  |  |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | 24d |  |  |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | 25a |  | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | 25b |  | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | 26 |  | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | 27 |  | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions, for applicable filing thresholds, conditions, and exceptions) |  |  |  |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | 28a |  | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | 28b |  | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | 28c |  | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | 29 |  | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | 30 |  | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 |  | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | 32 |  | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I* | 33 |  | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | 34 |  | X |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | 35a |  | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | 35b |  |  |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | 36 |  | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | 37 |  | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note: All Form 990 filers are required to complete Schedule O** | 38 | X |  |

**Part V**   Statements Regarding Other IRS Filings and Tax Compliance

Check if Schedule O contains a response or note to any line in this Part V .............................. ☐

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096 Enter -0- if not applicable | 1a | 44 |  |  |
| b | Enter the number of Forms W-2G included in line 1a Enter -0- if not applicable | 1b | 0 |  |  |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | 1c |  | X |  |

Form **990** (2019)

Form 990 (2019) **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                                    Page **5**

**Part V**   Statements Regarding Other IRS Filings and Tax Compliance *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** 307 | | |
| b | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | **2b** | X | |
| | **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) | | | |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year? | **3a** | | X |
| b | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* | **3b** | | |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | **4a** | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | | |
| | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) | | | |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | **5a** | | X |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | X |
| c | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | **5c** | | |
| 6a | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | **6a** | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | **6b** | | |
| 7 | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| a | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | **7a** | | X |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? | **7b** | | |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | **7c** | | X |
| d | If "Yes," indicate the number of Forms 8282 filed during the year | **7d** | | |
| e | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | X |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **7f** | | X |
| g | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** | | X |
| h | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** | | X |
| 8 | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | **8** | | |
| 9 | **Sponsoring organizations maintaining donor advised funds.** | | | |
| a | Did the sponsoring organization make any taxable distributions under section 4966? | **9a** | | |
| b | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | **9b** | | |
| 10 | **Section 501(c)(7) organizations.** Enter | | | |
| a | Initiation fees and capital contributions included on Part VIII, line 12 | **10a** | | |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | |
| 11 | **Section 501(c)(12) organizations.** Enter | | | |
| a | Gross income from members or shareholders | **11a** | | |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) | **11b** | | |
| 12a | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | |
| 13 | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| a | Is the organization licensed to issue qualified health plans in more than one state? | **13a** | | |
| | **Note:** See the instructions for additional information the organization must report on Schedule O | | | |
| b | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | **13b** | | |
| c | Enter the amount of reserves on hand | **13c** | | |
| 14a | Did the organization receive any payments for indoor tanning services during the tax year? | **14a** | | X |
| b | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* | **14b** | | |
| 15 | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | **15** | | X |
| | If "Yes," see instructions and file Form 4720, Schedule N | | | |
| 16 | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | **16** | | X |
| | If "Yes," complete Form 4720, Schedule O | | | |

Form **990** (2019)

DAA

Form 990 (2019) RIVERVIEW HEALTH & REHABILITATION  58-0866101                                   Page 6

**Part VI**    **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions*

Check if Schedule O contains a response or note to any line in this Part VI .............................................. [X]

### Section A. Governing Body and Management

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year | 1a   14 | | |
|  | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O | | | |
| b | Enter the number of voting members included on line 1a, above, who are independent | 1b   14 | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | 2 | | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? | 3 | X | |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | 4 | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? | 5 | | X |
| 6 | Did the organization have members or stockholders? | 6 | | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | 7a | | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | 7b | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| a | The governing body? | 8a | X | |
| b | Each committee with authority to act on behalf of the governing body? | 8b | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* | 9 | | X |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? | 10a | | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | 10b | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | 11a | | X |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990 | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | 12a | X | |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | 12b | X | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* | 12c | X | |
| 13 | Did the organization have a written whistleblower policy? | 13 | X | |
| 14 | Did the organization have a written document retention and destruction policy? | 14 | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official | 15a | X | |
| b | Other officers or key employees of the organization | 15b | | X |
|  | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | 16a | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | 16b | | |

### Section C. Disclosure

| | |
|---|---|
| 17 | List the states with which a copy of this Form 990 is required to be filed ▶ **GA** |
| 18 | Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply [ ] Own website [ ] Another's website [X] Upon request [X] Other *(explain on Schedule O)* |
| 19 | Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year |
| 20 | State the name, address, and telephone number of the person who possesses the organization's books and records ▶ |

ETHICA HEALTH & RETIREMENT       1005 BOULDER DRIVE
GRAY                                GA 31032       478-621-2100

Form 990 (2019) **RIVERVIEW HEALTH & REHABILITATION  58-0866101** Page **7**

**Part VII** Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Check if Schedule O contains a response or note to any line in this Part VII ☐

Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed  Report compensation for the calendar year ending with or within the organization's tax year

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation  Enter -0- in columns (D), (E), and (F) if no compensation was paid

● List all of the organization's **current** key employees, if any  See instructions for definition of "key employee "

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

See instructions for the order in which to list the persons above

☒ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position<br>(do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) MONICA ANDERSON | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (2) STEVE BOOKER | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (3) JANET BUELOW | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (4) ALBERT GRANDY | 5.00 | | | | | | | | | |
| TREASURER | 0.00 | X | | X | | | | 0 | 0 | 0 |
| (5) HERBERT GRIFFIN | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (6) DEBRA HAGERTY | 10.00 | | | | | | | | | |
| PRESIDENT | 0.00 | X | | X | | | | 0 | 0 | 0 |
| (7) JESSE PETREA III | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (8) RICK GNANN, JR. | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (9) BETTY MORRIS-MITCHELL | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| (10) DEE DEE SEAGRAVES | 5.00 | | | | | | | | | |
| SECRETARY | 0.00 | X | | X | | | | 0 | 0 | 0 |
| (11) EDWARD STEPHENS | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |

Form **990** (2019)

DAA

4228615

Form 990 (2019) RIVERVIEW HEALTH & REHABILITATION 58-0866101      Page **8**

**Part VII**    Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(12) HELEN TAGGART** | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(13) RAY TRUITT** | 5.00 | | | | | | | | | |
| VICE PRESIDENT | 0.00 | X | | X | | | | 0 | 0 | 0 |
| **(14) JENNIFER WRIGHT** | 0.50 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(15) BRAD WHITFIELD** | 10.00 | | | | | | | | | |
| CFO | 0.00 | | | X | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | | |
|---|---|---|
| **1b Subtotal** | ▶ | |
| **c Total from continuation sheets to Part VII, Section A** | ▶ | |
| **d Total (add lines 1b and 1c)** | ▶ | |

**2**   Total number of individuals (including but not limited to those listed above) who received more than $100,000 of
reportable compensation from the organization ▶ **0**

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* | **3** | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* | **4** | X |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* | **5** | X |

**Section B. Independent Contractors**

**1**   Complete this table for your five highest compensated independent contractors that received more than $100,000 of
compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| ETHICA HEALTH & RETIREMENT   1005 BOULDER DRIVE GRAY             GA 31032 | MANAGEMENT SERV | 810,231 |
| ECP DISTRIBUTORS   352 INDUSTRIAL BLVD HAWKINSVILLE        GA 31036 | SUPPLIES & EQ | 651,559 |
| INTEGRA REHABILITATION   213 3RD STREET MACON            GA 31201 | THERAPY SERVICE | 562,033 |
| ELDERCARE PHARMACY   342 INDUSTRIAL BLVD #A HAWKINSVILLE        GA 31036 | PHARMACY | 272,124 |
| JOHNSON & JOHNSON TRANSPORT   210 WEST FIRST STREET UVALDA          GA 30473 | TRANSPORTATION | 139,259 |

**2**   Total number of independent contractors (including but not limited to those listed above) who
received more than $100,000 of compensation from the organization ▶       5

DAA                                                        Form **990** (2019)

Form 990 (2019) RIVERVIEW HEALTH & REHABILITATION  58-0866101        Page **9**

**Part VIII**   **Statement of Revenue**
Check if Schedule O contains a response or note to any line in this Part VIII  ☐

| | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns | 1a | | | | | |
| | **b** Membership dues | 1b | | | | | |
| | **c** Fundraising events | 1c | | | | | |
| | **d** Related organizations | 1d | | | | | |
| | **e** Government grants (contributions) | 1e | 500,296 | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | 1f | | | | | |
| | **g** Noncash contributions included in lines 1a-1f | 1g | $ | | | | |
| | **h** Total. Add lines 1a–1f | ▶ | | 500,296 | | | |
| **Program Service Revenue** | **2a** PROGRAM SERVICE REVENUE | Business Code | 623000 | 13,567,672 | 13,567,672 | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | | | | | | |
| | **e** | | | | | | |
| | **f** All other program service revenue | | | | | | |
| | **g** Total. Add lines 2a–2f | ▶ | | 13,567,672 | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) | ▶ | | 38,837 | | | 38,837 |
| | **4** Income from investment of tax-exempt bond proceeds | ▶ | | | | | |
| | **5** Royalties | ▶ | | | | | |
| | | | (i) Real | (ii) Personal | | | | |
| | **6a** Gross rents | 6a | 19,256 | | | | | |
| | **b** Less rental expenses | 6b | 14,136 | | | | | |
| | **c** Rental inc or (loss) | 6c | 5,120 | | | | | |
| | **d** Net rental income or (loss) | ▶ | | 5,120 | 5,120 | | |
| | **7a** Gross amount from sales of assets other than inventory | | (i) Securities | (ii) Other | | | | |
| | | 7a | | | | | | |
| | **b** Less cost or other basis and sales exps | 7b | | | | | | |
| | **c** Gain or (loss) | 7c | | | | | | |
| | **d** Net gain or (loss) | ▶ | | | | | |
| | **8a** Gross income from fundraising events (not including $ of contributions reported on line 1c). See Part IV, line 18 | 8a | | | | | | |
| | **b** Less direct expenses | 8b | | | | | | |
| | **c** Net income or (loss) from fundraising events | ▶ | | | | | |
| | **9a** Gross income from gaming activities See Part IV, line 19 | 9a | | | | | | |
| | **b** Less direct expenses | 9b | | | | | | |
| | **c** Net income or (loss) from gaming activities | ▶ | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances | 10a | | | | | | |
| | **b** Less cost of goods sold | 10b | | | | | | |
| | **c** Net income or (loss) from sales of inventory | ▶ | | | | | |
| **Miscellaneous Revenue** | **11a** OTHER REVENUE | Business Code | 900099 | 94,542 | 94,542 | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** All other revenue | | | | | | |
| | **e** Total. Add lines 11a–11d | ▶ | | 94,542 | | | |
| | **12** Total revenue. See instructions | ▶ | | 14,206,467 | 13,667,334 | 0 | 38,837 |

Form **990** (2019)

Form 990 (2019)  **RIVERVIEW HEALTH & REHABILITATION  58-0866101**    Page **10**

**Part IX**    **Statement of Functional Expenses**

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns  All other organizations must complete column (A)*

Check if Schedule O contains a response or note to any line in this Part IX ............ ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments  See Part IV, line 21 | | | | |
| **2** Grants and other assistance to domestic individuals  See Part IV, line 22 | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals  See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | | | | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 6,636,910 | 5,996,635 | 640,275 | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 22,714 | 17,899 | 4,815 | |
| **9** Other employee benefits | 1,007,729 | 868,485 | 139,244 | |
| **10** Payroll taxes | 494,348 | 447,056 | 47,292 | |
| **11** Fees for services (nonemployees) | | | | |
| **a** Management | 537,160 | | 537,160 | |
| **b** Legal | 31,757 | | 31,757 | |
| **c** Accounting | 24,000 | | 24,000 | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services  See Part IV, line 17 | | | | |
| **f** Investment management fees | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O ) | 1,239,551 | 1,045,490 | 194,061 | |
| **12** Advertising and promotion | 19,193 | 19,193 | | |
| **13** Office expenses | 32,244 | | 32,244 | |
| **14** Information technology | | | | |
| **15** Royalties | | | | |
| **16** Occupancy | 301,835 | 301,835 | | |
| **17** Travel | 35,226 | 35,226 | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | 41,830 | | 41,830 | |
| **20** Interest | 623,370 | 623,370 | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 1,085,029 | 1,085,029 | | |
| **23** Insurance | 397,811 | 397,811 | | |
| **24** Other expenses  Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O ) | | | | |
| **a** ALL OTHER EXPENSES | 1,555,109 | 1,436,371 | 118,738 | |
| **b** DIETARY SUPPLIES | 401,128 | 401,128 | | |
| **c** PHARMACY SUPPLIES | 382,343 | 382,343 | | |
| **d** NURSING SUPPLIES | 148,203 | 148,203 | | |
| **e** All other expenses | 56,345 | 56,345 | | |
| **25** Total functional expenses. Add lines 1 through 24e | 15,073,835 | 13,262,419 | 1,811,416 | 0 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

DAA

Form **990** (2019)

Form 990 (2019)   **RIVERVIEW HEALTH & REHABILITATION   58-0866101**                         Page **11**

**Part X**      **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part X ............ ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash—non-interest-bearing | 1,491,317 | 1 | 2,913,900 |
| | 2 | Savings and temporary cash investments | 129,119 | 2 | 129,636 |
| | 3 | Pledges and grants receivable, net | | 3 | |
| | 4 | Accounts receivable, net | 1,093,499 | 4 | 913,730 |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | 6 | |
| | 7 | Notes and loans receivable, net | | 7 | |
| | 8 | Inventories for sale or use | | 8 | |
| | 9 | Prepaid expenses and deferred charges | 86,984 | 9 | 47,502 |
| | 10a | Land, buildings, and equipment cost or other basis Complete Part VI of Schedule D  **10a** 21,643,171 | | | |
| | b | Less accumulated depreciation  **10b** 8,134,117 | 14,556,245 | 10c | 13,509,054 |
| | 11 | Investments—publicly traded securities | 3,252,728 | 11 | 3,291,013 |
| | 12 | Investments—other securities See Part IV, line 11 | | 12 | |
| | 13 | Investments—program-related. See Part IV, line 11 | | 13 | |
| | 14 | Intangible assets | | 14 | |
| | 15 | Other assets See Part IV, line 11 | | 15 | |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) | 20,609,892 | 16 | 20,804,835 |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 1,347,243 | 17 | 1,071,780 |
| | 18 | Grants payable | | 18 | |
| | 19 | Deferred revenue | | 19 | 235,206 |
| | 20 | Tax-exempt bond liabilities | | 20 | |
| | 21 | Escrow or custodial account liability Complete Part IV of Schedule D | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | 13,670,192 | 23 | 14,772,760 |
| | 24 | Unsecured notes and loans payable to unrelated third parties | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24) Complete Part X of Schedule D | | 25 | |
| | 26 | **Total liabilities.** Add lines 17 through 25 | 15,017,435 | 26 | 16,079,746 |
| **Net Assets or Fund Balances** | | Organizations that follow FASB ASC 958, check here ☒ and complete lines 27, 28, 32, and 33. | | | |
| | 27 | Net assets without donor restrictions | 5,592,457 | 27 | 4,725,089 |
| | 28 | Net assets with donor restrictions | | 28 | |
| | | Organizations that do not follow FASB ASC 958, check here ► ☐ and complete lines 29 through 33. | | | |
| | 29 | Capital stock or trust principal, or current funds | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building, or equipment fund | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | 31 | |
| | 32 | Total net assets or fund balances | 5,592,457 | 32 | 4,725,089 |
| | 33 | Total liabilities and net assets/fund balances | 20,609,892 | 33 | 20,804,835 |

Form **990** (2019)

DAA

Form 990 (2019) **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                                Page **12**

**Part XI**  **Reconciliation of Net Assets**

Check if Schedule O contains a response or note to any line in this Part XI ............................ ☒

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | 1 | 14,206,467 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | 2 | 15,073,835 |
| 3 | Revenue less expenses  Subtract line 2 from line 1 | 3 | -867,368 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) | 4 | 5,592,457 |
| 5 | Net unrealized gains (losses) on investments | 5 | |
| 6 | Donated services and use of facilities | 6 | |
| 7 | Investment expenses | 7 | |
| 8 | Prior period adjustments | 8 | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) | 9 | |
| 10 | Net assets or fund balances at end of year  Combine lines 3 through 9 (must equal Part X, column (B)) | 10 | 4,725,089 |

**Part XII**  **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII ............................ ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990 ☐ Cash ☒ Accrual ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | 2a | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant? | 2b | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both ☒ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | 2c | X |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | 3a | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits | 3b | |

Form **990** (2019)

DAA

**SCHEDULE A**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.

▶ **Attach to Form 990 or Form 990-EZ.**

▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No 1545-0047

## 2019

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| RIVERVIEW HEALTH & REHABILITATION CENTER, INC. | 58-0866101 |

**Part I** **Reason for Public Charity Status** (All organizations must complete this part ) See instructions

The organization is not a private foundation because it is  (For lines 1 through 12, check only one box )

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ) )

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv). (Complete Part II )**

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi). (Complete Part II )**

8 ☐ A community trust described in **section 170(b)(1)(A)(vi). (Complete Part II )**

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions)  Enter the name, city, and state of the college or university

10 ☒ An organization that normally receives  (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See **section 509(a)(2). (Complete Part III )**

11 ☐ An organization organized and operated exclusively to test for public safety  See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2). See section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization  **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s)  **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions)  **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated  The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions)  **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization

f Enter the number of supported organizations

g Provide the following information about the supported organization(s)

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| **(A)** | | | | | | |
| **(B)** | | | | | | |
| **(C)** | | | | | | |
| **(D)** | | | | | | |
| **(E)** | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.

Schedule A (Form 990 or 990-EZ) 2019

DAA

Schedule A (Form 990 or 990-EZ) 2019   **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                    Page 2

**Part II** | **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III  If the organization fails to qualify under the tests listed below, please complete Part III )

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received  (Do not include any "unusual grants ") | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4 | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| **10** Other income  Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |
| **12** Gross receipts from related activities, etc  (see instructions) | | | | | **12** | |

**13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ▶ ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **14** Public support percentage for 2019 (line 6, column (f) divided by line 11, column (f)) | | **14** | % |
| **15** Public support percentage from 2018 Schedule A, Part II, line 14 | | **15** | % |

**16a** **33 1/3% support test—2019.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

  **b** **33 1/3% support test—2018.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**17a** **10%-facts-and-circumstances test—2019.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test  The organization qualifies as a publicly supported organization ▶ ☐

  **b** **10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test  The organization qualifies as a publicly supported organization ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ▶ ☐

**Schedule A (Form 990 or 990-EZ) 2019**

DAA

Schedule A (Form 990 or 990-EZ) 2019   **RIVERVIEW HEALTH & REHABILITATION   58-0866101**   Page **3**

**Part III**   Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II
If the organization fails to qualify under the tests listed below, please complete Part II )

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | | | | | 500,296 | 500,296 |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 14,292,336 | 13,406,393 | 10,549,944 | 10,637,854 | 13,681,470 | 62,567,997 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** Total. Add lines 1 through 5 | 14,292,336 | 13,406,393 | 10,549,944 | 10,637,854 | 14,181,766 | 63,068,293 |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| **c** Add lines 7a and 7b | | | | | | |
| **8** Public support. (Subtract line 7c from line 6 ) | | | | | | 63,068,293 |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | 14,292,336 | 13,406,393 | 10,549,944 | 10,637,854 | 14,181,766 | 63,068,293 |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 26,608 | 26,150 | 50,875 | 185,190 | 38,837 | 327,660 |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | 26,608 | 26,150 | 50,875 | 185,190 | 38,837 | 327,660 |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income  Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | 59,259 | | | | | 59,259 |
| **13** Total support. (Add lines 9, 10c, 11, and 12 ) | 14,378,203 | 13,432,543 | 10,600,819 | 10,823,044 | 14,220,603 | 63,455,212 |

**14** First five years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ................................................................ ▶ ☐

## Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **15** Public support percentage for 2019 (line 8, column (f), divided by line 13, column (f)) | | **15** | 99.39 % |
| **16** Public support percentage from 2018 Schedule A, Part III, line 15 | | **16** | 99.31 % |

## Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| **17** Investment income percentage for 2019 (line 10c, column (f), divided by line 13, column (f)) | | **17** | 1 % |
| **18** Investment income percentage from **2018** Schedule A, Part III, line 17 | | **18** | 1 % |

**19a** 33 1/3% support tests—2019. If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☒

**b** 33 1/3% support tests—2018. If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**20** Private foundation. If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2019

DAA

Schedule A (Form 990 or 990-EZ) 2019   **RIVERVIEW HEALTH & REHABILITATION   58-0866101**   Page 4

**Part IV   Supporting Organizations**
(Complete only if you checked a box in line 12 on Part I   If you checked 12a of Part I, complete Sections A and B   If you checked 12b of Part I, complete Sections A and C   If you checked 12c of Part I, complete Sections A, D, and E   If you checked 12d of Part I, complete Sections A and D, and complete Part V )

**Section A. All Supporting Organizations**

|  |  | Yes | No |
|---|---|---|---|
| 1 | Are all of the organization's supported organizations listed by name in the organization's governing documents? If "No," describe in **Part VI** how the supported organizations are designated  If designated by class or purpose, describe the designation  If historic and continuing relationship, explain | | |
| 2 | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2) | | |
| 3a | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? If "Yes," answer (b) and (c) below | | |
| b | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? If "Yes," describe in **Part VI** when and how the organization made the determination | | |
| c | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use | | |
| 4a | Was any supported organization not organized in the United States ("foreign supported organization")? If "Yes," and if you checked 12a or 12b in Part I, answer (b) and (c) below | | |
| b | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations | | |
| c | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes | | |
| 5a | Did the organization add, substitute, or remove any supported organizations during the tax year? If "Yes," answer (b) and (c) below (if applicable)  Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed, (ii) the reasons for each such action, (iii) the authority under the organization's organizing document authorizing such action, and (iv) how the action was accomplished (such as by amendment to the organizing document) | | |
| b | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | | |
| c | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | | |
| 6 | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? If "Yes," provide detail in **Part VI.** | | |
| 7 | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ) | | |
| 8 | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ) | | |
| 9a | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? If "Yes," provide detail in **Part VI.** | | |
| b | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? If "Yes," provide detail in **Part VI.** | | |
| c | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? If "Yes," provide detail in **Part VI.** | | |
| 10a | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? If "Yes," answer 10b below | | |
| b | Did the organization have any excess business holdings in the tax year? (Use Schedule C, Form 4720, to determine whether the organization had excess business holdings ) | | |

**Schedule A (Form 990 or 990-EZ) 2019**

DAA

Schedule A (Form 990 or 990-EZ) 2019     **RIVERVIEW HEALTH & REHABILITATION    58-0866101**     Page 5

## Part IV    Supporting Organizations *(continued)*

| | | Yes | No |
|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | |
| a | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? **11a** | | |
| b | A family member of a person described in (a) above? **11b** | | |
| c | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in Part VI.* **11c** | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year* **1** | | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization* **2** | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s)* **1** | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s)* **2** | | |
| 3 | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard* **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

| | |
|---|---|
| 1 | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year ( see instructions)* |
| a | ☐ The organization satisfied the Activities Test  *Complete line 2 below* |
| b | ☐ The organization is the parent of each of its supported organizations  *Complete line 3 below* |
| c | ☐ The organization supported a governmental entity  *Describe in Part VI how you supported a government entity (see instructions)* |

| | | Yes | No |
|---|---|---|---|
| 2 | Activities Test  **Answer (a) and (b) below.** | | |
| a | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities* **2a** | | |
| b | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement* **2b** | | |
| 3 | Parent of Supported Organizations  **Answer (a) and (b) below.** | | |
| a | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.* **3a** | | |
| b | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If "Yes," describe in Part VI the role played by the organization in this regard* **3b** | | |

DAA     Schedule A (Form 990 or 990-EZ) 2019

4228615

Schedule A (Form 990 or 990-EZ) 2019  **RIVERVIEW HEALTH & REHABILITATION  58-0866101**  Page 6

**Part V**  **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations**

1  ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov 20, 1970 (explain in Part VI)  **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1  Net short-term capital gain | 1 | | |
| 2  Recoveries of prior-year distributions | 2 | | |
| 3  Other gross income (see instructions) | 3 | | |
| 4  Add lines 1 through 3 | 4 | | |
| 5  Depreciation and depletion | 5 | | |
| 6  Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7  Other expenses (see instructions) | 7 | | |
| 8  **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1  Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year) | | | |
|    **a**  Average monthly value of securities | 1a | | |
|    **b**  Average monthly cash balances | 1b | | |
|    **c**  Fair market value of other non-exempt-use assets | 1c | | |
|    **d**  Total (add lines 1a, 1b, and 1c) | 1d | | |
|    **e**  Discount claimed for blockage or other factors (explain in detail in **Part VI**) | | | |
| 2  Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| 3  Subtract line 2 from line 1d | 3 | | |
| 4  Cash deemed held for exempt use  Enter 1-1/2% of line 3 (for greater amount, see instructions) | 4 | | |
| 5  Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6  Multiply line 5 by  035 | 6 | | |
| 7  Recoveries of prior-year distributions | 7 | | |
| 8  **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| 1  Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| 2  Enter 85% of line 1 | 2 | | |
| 3  Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| 4  Enter greater of line 2 or line 3 | 4 | | |
| 5  Income tax imposed in prior year | 5 | | |
| 6  **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | | |

7  ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions)

**Schedule A (Form 990 or 990-EZ) 2019**

DAA

Schedule A (Form 990 or 990-EZ) 2019     **RIVERVIEW HEALTH & REHABILITATION   58-0866101**          Page 7

| **Part VI** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** *(continued)* |
|---|---|

| Section D - Distributions | | | Current Year |
|---|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | | |
| 4 | Amounts paid to acquire exempt-use assets | | |
| 5 | Qualified set-aside amounts (prior IRS approval required) | | |
| 6 | Other distributions (describe in **Part VI**)  See instructions | | |
| 7 | **Total annual distributions.** Add lines 1 through 6 | | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**)  See instructions | | |
| 9 | Distributable amount for 2019 from Section C, line 6 | | |
| 10 | Line 8 amount divided by line 9 amount | | |

| Section E - Distribution Allocations (see instructions) | (i) Excess Distributions | (ii) Underdistributions Pre-2019 | (iii) Distributable Amount for 2019 |
|---|---|---|---|
| 1  Distributable amount for 2019 from Section C, line 6 | | | |
| 2  Underdistributions, if any, for years prior to 2019 (reasonable cause required-explain in **Part VI**)  See instructions | | | |
| 3  Excess distributions carryover, if any, to 2019 | | | |
|   a  From 2014 | | | |
|   b  From 2015 | | | |
|   c  From 2016 | | | |
|   d  From 2017 | | | |
|   e  From 2018 | | | |
|   f  Total of lines 3a through e | | | |
|   g  Applied to underdistributions of prior years | | | |
|   h  Applied to 2019 distributable amount | | | |
|   i  Carryover from 2014 not applied (see instructions) | | | |
|   j  Remainder  Subtract lines 3g, 3h, and 3i from 3f | | | |
| 4  Distributions for 2019 from Section D, line 7       $ | | | |
|   a  Applied to underdistributions of prior years | | | |
|   b  Applied to 2019 distributable amount | | | |
|   c  Remainder  Subtract lines 4a and 4b from 4 | | | |
| 5  Remaining underdistributions for years prior to 2019, if any  Subtract lines 3g and 4a from line 2  For result greater than zero, explain in **Part VI**  See instructions | | | |
| 6  Remaining underdistributions for 2019  Subtract lines 3h and 4b from line 1  For result greater than zero, explain in **Part VI**  See instructions | | | |
| 7  **Excess distributions carryover to 2020.** Add lines 3j and 4c | | | |
| 8  Breakdown of line 7 | | | |
|   a  Excess from 2015 | | | |
|   b  Excess from 2016 | | | |
|   c  Excess from 2017 | | | |
|   d  Excess from 2018 | | | |
|   e  Excess from 2019 | | | |

**Schedule A (Form 990 or 990-EZ) 2019**

DAA

Schedule A (Form 990 or 990-EZ) 2019   **RIVERVIEW HEALTH & REHABILITATION  58-0866101**   Page 8

**Part VI** **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b, Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c, Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1, Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b, Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information  (See instructions )

**PART III, LINE 12 - OTHER INCOME DETAIL**

**MEALS, VENDING & OTHER MISC INCOME    $       59,259**

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements
▶ Complete if the organization answered "Yes" on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No 1545-0047

**2019**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| RIVERVIEW HEALTH & REHABILITATION CENTER, INC. | 58-0866101 |

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5   Did the organization inform all donors and donor advisors in writing that the assets held in donor advised
funds are the organization's property, subject to the organization's exclusive legal control? ................................ ☐ Yes ☐ No

6   Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used
only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose
conferring impermissible private benefit? ................................................................................................................ ☐ Yes ☐ No

**Part II** **Conservation Easements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 7

1   Purpose(s) of conservation easements held by the organization (check all that apply)
☐ Preservation of land for public use (for example, recreation or education) ☐ Preservation of a historically important land area
☐ Protection of natural habitat ☐ Preservation of a certified historic structure
☐ Preservation of open space

2   Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year

| | | **Held at the End of the Tax Year** |
|---|---|---|
| a | Total number of conservation easements | 2a |
| b | Total acreage restricted by conservation easements | 2b |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | 2d |

3   Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ▶

4   Number of states where property subject to conservation easement is located ▶

5   Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? .......................................................................... ☐ Yes ☐ No

6   Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶

7   Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $

8   Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? .................................................................................................................................... ☐ Yes ☐ No

9   In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a   If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works
of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public
service, provide in Part XIII the text of the footnote to its financial statements that describes these items

b   If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of
art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,
provide the following amounts relating to these items

(i)   Revenue included on Form 990, Part VIII, line 1 ........................................................................................ ▶ $
(ii)  Assets included in Form 990, Part X .......................................................................................................... ▶ $

2   If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under FASB ASC 958 relating to these items

a   Revenue included on Form 990, Part VIII, line 1 ........................................................................................... ▶ $
b   Assets included in Form 990, Part X .............................................................................................................. ▶ $

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

DAA

**Schedule D (Form 990) 2019**

Schedule D (Form 990) 2019 **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                    Page **2**

**Part III**   **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

3   Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its
    collection items (check all that apply)

a ☐ Public exhibition                                    d ☐ Loan or exchange program

b ☐ Scholarly research                                   e ☐ Other

c ☐ Preservation for future generations

4   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part
    XIII

5   During the year, did the organization solicit or receive donations of art, historical treasures, or other similar
    assets to be sold to raise funds rather than to be maintained as part of the organization's collection?              ☐ Yes  ☐ No

**Part IV**   **Escrow and Custodial Arrangements.**
          Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form
          990, Part X, line 21.

1a  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not
    included on Form 990, Part X?                                                                                    ☒ Yes  ☐ No

b   If "Yes," explain the arrangement in Part XIII and complete the following table

|  |  | Amount |
|---|---|---|
| c   Beginning balance | 1c | 40,723 |
| d   Additions during the year | 1d | 992,446 |
| e   Distributions during the year | 1e | 930,414 |
| f   Ending balance | 1f | 102,755 |

2a  Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability?   ☐ Yes  ☒ No

b   If "Yes," explain the arrangement in Part XIII  Check here if the explanation has been provided on Part XIII    ☐

**Part V**   **Endowment Funds.**
          Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| 1a  Beginning of year balance |  |  |  |  |  |
| b   Contributions |  |  |  |  |  |
| c   Net investment earnings, gains, and losses |  |  |  |  |  |
| d   Grants or scholarships |  |  |  |  |  |
| e   Other expenditures for facilities and programs |  |  |  |  |  |
| f   Administrative expenses |  |  |  |  |  |
| g   End of year balance |  |  |  |  |  |

2   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as

a   Board designated or quasi-endowment ▶        %

b   Permanent endowment ▶        %

c   Term endowment ▶        %

    The percentages on lines 2a, 2b, and 2c should equal 100%

3a  Are there endowment funds not in the possession of the organization that are held and administered for the
    organization by

|  |  | Yes | No |
|---|---|---|---|
| (i)  Unrelated organizations | 3a(i) |  |  |
| (ii) Related organizations | 3a(ii) |  |  |
| b   If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? | 3b |  |  |

4   Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI**   **Land, Buildings, and Equipment.**
          Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| 1a  Land | 50,000 | 989,282 |  | 1,039,282 |
| b   Buildings | 194,000 | 13,550,630 | 5,147,296 | 8,597,334 |
| c   Leasehold improvements |  | 23,916 | 23,916 |  |
| d   Equipment |  | 6,835,343 | 2,962,905 | 3,872,438 |
| e   Other |  |  |  |  |
| **Total.** Add lines 1a through 1e  *(Column (d) must equal Form 990, Part X, column (B), line 10c )* | | | ▶ | 13,509,054 |

Schedule D (Form 990) 2019

DAA

Schedule D (Form 990) 2019  **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                     Page **3**

**Part VII  Investments – Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives | | |
| **(2)** Closely held equity interests | | |
| **(3)** Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| Total. *(Column (b) must equal Form 990, Part X, col (B) line 12 )*  ▶ | | |

**Part VIII  Investments – Program Related.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. *(Column (b) must equal Form 990, Part X, col (B) line 13 )*  ▶ | | |

**Part IX  Other Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. *(Column (b) must equal Form 990, Part X, col (B) line 15 )*  ▶ | |

**Part X  Other Liabilities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25

| 1.        (a) Description of liability | (b) Book value |
|---|---|
| (1)  Federal income taxes | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. *(Column (b) must equal Form 990, Part X, col (B) line 25 )*  ▶ | |

**2.** Liability for uncertain tax positions  In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740  Check here if the text of the footnote has been provided in Part XIII ☐

DAA                                                                                     Schedule D (Form 990) 2019

Schedule D (Form 990) 2019  **RIVERVIEW HEALTH & REHABILITATION  58-0866101**                    Page **4**

**Part XI**  **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements | | | **1** | **14,220,603** |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | | | |
| **a** | Net unrealized gains (losses) on investments | **2a** | | | |
| **b** | Donated services and use of facilities | **2b** | | | |
| **c** | Recoveries of prior year grants | **2c** | | | |
| **d** | Other (Describe in Part XIII ) | **2d** | 14,136 | | |
| **e** | Add lines 2a through 2d | | | **2e** | **14,136** |
| **3** | Subtract line 2e from line 1 | | | **3** | **14,206,467** |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1 | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| **b** | Other (Describe in Part XIII ) | **4b** | | | |
| **c** | Add lines 4a and 4b | | | **4c** | |
| **5** | Total revenue Add lines 3 and 4c. *(This must equal Form 990, Part I, line 12 )* | | | **5** | **14,206,467** |

**Part XII**  **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements | | | **1** | **15,087,971** |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | | | |
| **a** | Donated services and use of facilities | **2a** | | | |
| **b** | Prior year adjustments | **2b** | | | |
| **c** | Other losses | **2c** | | | |
| **d** | Other (Describe in Part XIII ) | **2d** | 14,136 | | |
| **e** | Add lines 2a through 2d | | | **2e** | **14,136** |
| **3** | Subtract line 2e from line 1 | | | **3** | **15,073,835** |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line 1 | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| **b** | Other (Describe in Part XIII ) | **4b** | | | |
| **c** | Add lines 4a and 4b | | | **4c** | |
| **5** | Total expenses Add lines 3 and 4c. *(This must equal Form 990, Part I, line 18 )* | | | **5** | **15,073,835** |

**Part XIII  Supplemental Information.**

Provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part IV, lines 1b and 2b, Part V, line 4, Part X, line
2, Part XI, lines 2d and 4b, and Part XII, lines 2d and 4b  Also complete this part to provide any additional information

PART IV, LINE 1B - EXPLANATION FOR UNREPORTED CONTRIBUTIONS OR ASSETS

THE ORGANIZATION MAINTAINS A RESIDENT TRUST FUND ACCOUNT FOR THE BENEFIT OF

ITS RESIDENTS.  THE RESIDENTS MAKE DEPOSITS TO THE ACCOUNT AND REQUEST

CHECKS AND/OR WITHDRAWELS WHEN NEEDED.  THE RESIDENT TRUST FUND ACCOUNT IS

MAINTAINED IN THE ORGANIZATION'S NAME.  THE TRUST FUND ACCOUNT IS NOT

INCUDED ON FORM 990, PART X.  IF IT WERE, THERE WOULD BE A CORRESPONDING

LIABITY SINCE THE FUNDS ARE THE RESIDENTS.  THERE IS NO AFFECT ON NET

ASSETS DUE TO THIS.


PART XI, LINE 2D - REVENUE AMOUNTS INCLUDED IN FINANCIALS - OTHER

RENTAL PROPERTY TAXES IN EXPENSE ON F/S                      $        5,177

RENTAL PROPERTY DEPRECIATION IN EXPENSE ON F/S               $        8,959

DAA

Schedule D (Form 990) 2019   RIVERVIEW HEALTH & REHABILITATION ·58-0866101                Page **5**
**Part XIII**   Supplemental Information *(continued)*

PART XII, LINE 2D - EXPENSE AMOUNTS INCLUDED IN FINANCIALS - OTHER

RENTAL PROPERTY TAXES IN EXPENSE ON F/S                    $        5,177

RENTAL PROPERTY DEPRECIATION IN EXPENSE ON F/S             $        8,959

DAA

| SCHEDULE O | **Supplemental Information to Form 990 or 990-EZ** | OMB No 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | **Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.** | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990 or 990-EZ. ▶ Go to *www.irs.gov/Form990* for the latest information. | **Open to Public Inspection** |

| Name of the organization  RIVERVIEW HEALTH & REHABILITATION CENTER, INC. | Employer identification number  58-0866101 |
|---|---|

FORM 990, PART VI, LINE 3 - MANAGEMENT DELEGATED

THE ORGANIZATION IS MANAGED BY AN UNRELATED THIRD PARTY.  UNDER TERMS OF
THE MANAGEMENT CONTRACT, THE MANAGEMENT COMPANY PROVIDES A FACILITY
ADMINISTRATOR, CLINICAL AND ACCOUNTING SERVICES, AND ANY OTHER SUCH
SERVICES AS DEEMED NECESSARY.

FORM 990, PART VI, LINE 11B - ORGANIZATION'S PROCESS TO REVIEW FORM 990

MANAGEMENT REVIEWS FORM 990 WITH THE PREPARER PRIOR TO FILING.  FORM 990 IS
NOT SENT TO THE ENTIRE GOVERNING BODY PRIOR TO FILING.

FORM 990, PART VI, LINE 12C - ENFORCEMENT OF CONFLICTS POLICY

THE BOARD IS CONGNIZANT OF ANY POTENTIAL CONFLICTS OF INTEREST AND
QUESTIONS DIRECTORS ANNUALLY, OR MORE FREQUENTLY IF NEEDED, ABOUT ANY
POTENTIAL CONFLICTS.

FORM 990, PART VI, LINE 15A - COMPENSATION PROCESS FOR TOP OFFICIAL

THE EXECUTIVE DIRECTOR'S SALARY IS SET BY THE BOARD OF DIRECTORS AND IS
REVIEWED ANNUALLY, BASED ON PERFORMANCE.  THE EXECUTIVE DIRECTOR IS
CONSIDERED TO BE THE TOP MANAGEMENT OFFICIAL CARRYING OUT THE BOARD'S
POLICIES.  THE FACILITY ADMINISTRATOR IS EMPLOYED BY AND PAID THROUGH THE
THIRD-PARTY MANAGEMENT COMPANY.

FORM 990, PART VI, LINE 18 - NO PUBLIC DISCLOSURE EXPLANATION

THE ORGANIZATION'S FORM 1023 AND FORM 990 ARE MADE AVAILABLE TO THE PUBLIC
AT THE ORGANIZATION'S OFFICES UPON REQUEST.

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.

DAA

Schedule O (Form 990 or 990-EZ) (2019)

| Name of the organization | Employer identification number |
|---|---|
| RIVERVIEW HEALTH & REHABILITATION | 58-0866101 |

**FORM 990, PART VI, LINE 19 - GOVERNING DOCUMENTS DISCLOSURE EXPLANATION**

THE ORGANIZATION'S GOVERNING DOCUMENTS, CONFLICT OF INTEREST POLICY AND

FINANCIAL STATEMENTS ARE MADE AVAILABLE TO THE PUBLIC AT THE ORGANIZATION'S

OFFICES UPON REQUEST.


**FORM 990, PART XI, LINE 9 - OTHER CHANGES IN NET ASSETS EXPLANATION**

| | | |
|---|---|---|
| RENTAL PROPERTY TAXES IN EXPENSE ON F/S | $ | 5,177 |
| RENTAL PROPERTY DEPRECIATION IN EXPENSE ON F/S | $ | 8,959 |
| RENTAL PROPERTY TAXES IN EXPENSE ON F/S | $ | -5,177 |
| RENTAL PROPERTY DEPRECIATION IN EXPENSE ON F/S | $ | -8,959 |

DAA

## **CERTIFICATE OF COMPLIANCE**

The undersigned certified that this pleading was prepared using Book Antiqua 13-point font in accordance with LR, NDGa 5.1(C).

*/s/ W. Jerad Rissler*
W. Jerad Rissler
Georgia Bar No. 142024

18

## CERTIFICATE OF SERVICE

I hereby certify that on July 6th, 2022, I electronically filed the foregoing **Request for Judicial Notice in Support of Defendant Community Primary Care of Georgia, LLC'S Motion to Dismiss Relator's Second Amended Complaint** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

*/s/ W. Jerad Rissler*
W. Jerad Rissler
Georgia Bar No. 142024

ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404.873.8500
Facsimile: 404.873.8501

19

18373330v2