**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA, *ex rel.* BETTY RINER, <br><br> *Plaintiff-Relator*, <br><br> v. <br><br> COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup, <br><br> *Defendant*. | Civil Action File No.: <br><br> 1:19-cv-04316-MLB |

## Defendant Community Primary Care of Georgia, LLC's Motion to Dismiss Relator's Second Amended Complaint

For the reasons set forth in the accompanying Brief in Support of its Motion to Dismiss Relator's Second Amended Complaint, Defendant Community Primary Care of Georgia, LLC ("CPC") respectfully moves to dismiss Relator Betty Riner's ("Relator" or "Riner") Second Amended Complaint ("SAC") (Doc. 68) pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6).[1]

CPC seeks to have Relator's SAC dismissed pursuant to Rule 8(a) because it is not a short, plain statement showing entitlement to relief of any claim against CPC, the only named defendant, as yet again Relator has not plausibly alleged that CPC is liable for allegedly false claims for payment for services for nursing facility

---

[1] Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), CPC files this Motion to Dismiss in lieu of an Answer to the SAC.

residents via a theory of ownership or control over the nursing facilities. CPC further seeks dismissal pursuant to Rules 12(b)(6) and 9(b) because Relator's SAC still fails to state a claim for relief. Relator has aimed her claims at an inappropriate target because public records show that CPC does not own or operate the patient care facilities at issue. Moreover, her False Claims Act and Georgia False Medicaid Claims Act claims misfire because she does not plead with particularity the submission of a false claim in connection with any alleged scheme, which is the *sine qua non* of a False Claims Act violation.

For these reasons, and as more specifically explained in CPC's Brief in Support of this Motion, CPC respectfully moves the Court to dismiss Relator's SAC, and for such other and further relief, at law or in equity, to which CPC may be entitled.

Respectfully submitted this 6th day of July, 2022.

                                                      ARNALL GOLDEN GREGORY LLP

                                                     */s/ Glenn P. Hendrix*
                                                     Glenn P. Hendrix, Esq.
                                                     Georgia Bar No. 346590
                                                     W. Jerad Rissler
                                                     Georgia Bar No. 142024
                                                     171 17th Street, Suite 2100
                                                     Atlanta, Georgia 30363-1031
                                                     404.873.8500

glenn.hendrix@agg.com

3

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this pleading was prepared using Book Antiqua 13-point font in accordance with Local Rule 5.1(C).

This 6th day of July, 2022.

*/s/ Glenn P. Hendrix*
Glenn P. Hendrix
Georgia Bar No. 346590

## CERTIFICATE OF SERVICE

I hereby certify that on July 6th, 2022, I electronically filed the foregoing **Defendant Community Primary Care of Georgia, LLC's Motion to Dismiss Relator's Second Amended Complaint** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

/s/ *Glenn P. Hendrix*
Glenn P. Hendrix
Georgia Bar No. 346590

ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404.873.8500
Facsimile: 404.873.8501