# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> THE STATE OF GEORGIA ) <br> ex rel. BETTY RINER ) <br> ) <br>     Plaintiff-Relator, ) <br> ) <br> v. ) <br> ) <br> COMMUNITY PRIMARY CARE OF ) <br> GEORGIA, LLC (a/k/a Ga MedGroup), ) <br> ) <br>     Defendant. ) | Civil Case No: <br> 1:19-cv-4316-MLB |

## RELATOR'S CONSENT MOTION TO EXTEND THE BRIEFING SCHEDULE REGARDING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

Relator moves, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's Standing Order Regarding Civil Litigation, Doc. 31 at 3, for an order extending the time to respond to Defendant's Request for Judicial Notice in Support of Defendant Community Primary Care of Georgia, LLC's Motion to Dismiss Relator's Second Amended Complaint (Doc. 72), to August 3, 2022. Defendant consents to this motion. A proposed order is attached.

In support of this motion, Relator states that this case alleges that the Defendant violated the False Claims Act, 31 U.S.C. §§ 3729, *et seq*., and the Georgia False Medicaid Claims Act, O.C.G.A. §§ 49-4-168, *et seq*. Doc. 68. On

June 10, 2022, the Court granted the Defendant's Consent Motion to Extend the Briefing Schedule Regarding Relators Second Amended Complaint (Doc. 69), ruling that Defendant's response to the Second Amended Complaint be due by July 6, 2022, and Relator Riner's response thereto be due by August 3, 2022.  Doc. 70.

Defendant timely filed a Motion to Dismiss Relator's Second Amended Complaint (Doc. 73) on July 6.  Defendant also filed a Request for Judicial Notice (Doc. 72) in support of the Motion to Dismiss.  For the same reason that required the extension to the briefing schedule regarding the Second Amended Complaint, namely that her counsel is preparing for and taking multiple depositions in unrelated matters, Relator requires more time to complete the briefing responding to the Request for Judicial Notice.  *See* Doc. 69 at 2 (explaining why extensions to the briefing schedule for the Motion to Dismiss were necessary).  This is the first request to extend the deadline for responding to the Request for Judicial Notice.  Granting the motion will not unduly delay this litigation, as the new deadline will match the deadline for Relator's response to the Defendant's Motion to Dismiss.

Accordingly, Relator respectfully requests that the Court grant this Motion and enter an order allowing her to file her response to the Request for Judicial Notice (Doc. 72) on or before August 3, 2022.

This <u>7th</u> day of July, 2022.

<u>/s/ John Amble Johnson</u>
John Amble Johnson
Georgia Bar No. 229112
ajohnson@staceyevanslaw.com
Stacey Godfrey Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com

STACEY EVANS LAW
4200 Northside Parkway NW
Building One, Suite 200
Atlanta, Georgia 30327
Telephone: 770-779-9602
Facsimile:  404-393-2828

*Counsel for Relator*

## **LOCAL RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this Motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

This <u>7th</u> day of July, 2022.

<u>/s/ John Amble Johnson</u>
John Amble Johnson
Georgia Bar No. 229112

**CERTIFICATE OF SERVICE**

This certifies that I have this day delivered a true and correct copy of the foregoing **PLAINTIFF-RELATOR'S CONSENT MOTION TO EXTEND THE BRIEFING SCHEDULE REGARDING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** with the Clerk of Court in the above-styled case using the EM/ECF system, which will send e-mail notification to all counsel of record.

This 7th day of July, 2022.

/s/ John Amble Johnson
John Amble Johnson
Georgia Bar No. 229112