**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF GEORGIA ex rel. BETTY RINER, <br><br>  Plaintiff-Relator, <br><br> v. <br><br> COMMUNITY PRIMARY CARE OF GEORGIA, LLC (a/k/a Ga MedGroup), <br><br>  Defendant. | Civil Case No: <br> 1:19-cv-4316-MLB |

## ORDER GRANTING CONSENT MOTION TO EXTEND THE BRIEFING SCHEDULE REGARDING DEFENDANT'S REQUEST TO TAKE JUDICIAL NOTICE

This Matter is before the Court on Relator's Consent Motion to Extend the Briefing Schedule Regarding Defendant's Request to Take Judicial Notice.

The Motion being consented to and the Court finding that it should be granted, it is **ORDERED** that the Motion is granted. Accordingly, the Relator shall have until August 3, 2022 to file her response to the Defendant's Request for Judicial Notice (Doc. 72).

SO ORDERED this 11th day of July, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE